**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | 2:23-CR-118 |
| | ) | |
| ERIK ADDISON, | ) | |
| | ) | |
| Defendant. | ) | |

## <u>MEMORANDUM ORDER</u>

The Court resolves Defendant's objections to the government's exhibits as follows.

Given the length of this order, the Court notes at the outset a few important issues/rulings for ease of reference:

- G-89, 90, and 91: the Glock comparison images may be used as demonstrative exhibits only.

- Lab envelopes must be redacted (as agreed to by the government).

- Some additional chats, notes, and one video need additional redactions (292, 294-296, 305, and 309).

- 400-407: the video and still images need to be discussed at the final pre-trial conference.

- The Court's separate order regarding the trial brief has important rulings on the rap videos and the school bus evidence, which is incorporated in this order.

- Overall, the Court is allowing the admission of numerous images and videos depicting Mr. Addison with cash and guns. The Court assumes that these were included on the exhibit list to obtain pre-trial rulings, not that all of the exhibits would necessarily be introduced. The Court reserves the right to limit introduction of duplicative images on the basis of being cumulative.

## GOVERNMENT EXHIBIT LIST
### April 14 – Edgewood

**Police Reports**

| Exhibit No. | Exhibit Description | Defense Objection | Government Response | Court Ruling |
|---|---|---|---|---|
| G-1 | ACPD - Interview of Civilian Witness[1] | Hearsay | Agreed, Marked for ident. to refresh under FRE 612 | Overruled; because the government has indicated that it will not seek to admit this exhibit, the exhibit may only be used to refresh recollection and for impeachment, but may not otherwise be admitted into evidence. |
| G-2 | ACPD - Interview of Civilian Witness | Hearsay | Agreed, Marked for ident. to refresh under FRE 612 | Overruled; because the government has indicated that it will not seek to admit this exhibit, the exhibit may only be used to refresh recollection and for impeachment, but may not otherwise be admitted into evidence. |
| G-3 | ACPD - Scene Processing | Hearsay | Agreed, Marked for ident. to refresh under FRE 612 | Overruled; because the government has indicated that it will not seek to admit this exhibit, the exhibit may only be used to refresh recollection and for impeachment, but may not otherwise be admitted into evidence. |

[1] Defense indicated a general objection to the captions/file titles for the exhibits. The parties agreed that the government will submit a final copy of the exhibits to the Court in which the file title for each exhibit will simply be the exhibit number, without any additional caption.

| G-4 | ACPD - School bus processing | Hearsay | Agreed, Marked for ident. to refresh under FRE 612 | Overruled; because the government has indicated that it will not seek to admit this exhibit, the exhibit may only be used to refresh recollection and for impeachment, but may not otherwise be admitted into evidence. |
|-----|------------------------------|---------|----------------------------------------------------|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| G-5 | ACPD - School bus video | Hearsay. | Agreed, Marked for ident. to refresh under FRE 612. | Overruled; because the government has indicated that it will not seek to admit this exhibit, the exhibit may only be used to refresh recollection and for impeachment, but may not otherwise be admitted into evidence. |
| G-6 | CAD | Hearsay. | Marked for ident. to refresh under FRE 612 | Overruled; because the government has indicated that it will not seek to admit this exhibit, the exhibit may only be used to refresh recollection and for impeachment, but may not otherwise be admitted into evidence. |
| G-7 | Edgewood PD - Excerpt | Hearsay | Agreed, Marked for ident. to refresh under FRE 612 | Overruled; because the government has indicated that it will not seek to admit this exhibit, the exhibit may only be used to refresh recollection and for impeachment, but may not otherwise |

| | | | | |
|---|---|---|---|---|
| | | | | be admitted into evidence. |
| G-8 | ROI 014 (ADDISON et al) - ADDISON Cellphone Review (Rims) | Hearsay | Agreed, Marked for ident. to refresh under FRE 612 | Overruled; because the government has indicated that it will not seek to admit this exhibit, the exhibit may only be used to refresh recollection and for impeachment, but may not otherwise be admitted into evidence. |
| G-9 | ROI 015 (ADDISON et al) - Pep Boys Video (ADDISON'S Rims) | Hearsay | Agreed, Marked for ident. to refresh under FRE 612 | Overruled; because the government has indicated that it will not seek to admit this exhibit, the exhibit may only be used to refresh recollection and for impeachment, but may not otherwise be admitted into evidence. |
| G-10 | ROI 016 (ADDISON et al) - Evidence Review at ACPD (RE 04-14-2023 shooting) | Hearsay | Agreed, Marked for ident. to refresh under FRE 612 | Overruled; because the government has indicated that it will not seek to admit this exhibit, the exhibit may only be used to refresh recollection and for impeachment, but may not otherwise be admitted into evidence. |
| G-11 | ROI 017 (ADDISON et al) - Evidence Review at McGann Chester (RE 05-08-2023 Incident) | Hearsay as to written report. FRE 401-403, 404(b) as to photos. | Agreed, Marked for ident. to refresh under FRE 612. Photos addressed | Overruled; because the government has indicated that it will not seek to admit this exhibit, the exhibit may only be used to refresh recollection |

| Exhibit No. | Exhibit Description | Defense Objection | Government Response | Court Ruling |
|---|---|---|---|---|
| | | | | below at G-89 to G-91. | and for impeachment, but may not otherwise be admitted into evidence. |
| G-12 | ROI 020 (ADDISON et al) - Updated Records from Facebook | FRE 401-403, 404(b). | Marked for ident. to refresh under FRE 612 | Overruled; because the government has indicated that it will not seek to admit this exhibit, the exhibit may only be used to refresh recollection and for impeachment, but may not otherwise be admitted into evidence. |
| G-13 | ROI 021 (ADDISON et al) - SW for HCDS | Hearsay | Agreed, Marked for ident. to refresh under FRE 612 | Overruled; because the government has indicated that it will not seek to admit this exhibit, the exhibit may only be used to refresh recollection and for impeachment, but may not otherwise be admitted into evidence. |
| G-14 | ROI 024 (ADDISON et al) - Edgewood PD Officer Rick Susalla | Hearsay | Agreed, Marked for ident. to refresh under FRE 612 | Overruled; because the government has indicated that it will not seek to admit this exhibit, the exhibit may only be used to refresh recollection and for impeachment, but may not otherwise be admitted into evidence. |

**Scene Photos**

| Exhibit No. | Exhibit Description | Defense Objection | Government Response | Court Ruling |
|---|---|---|---|---|

| G-15 | Black Jeep – Rear (IMG_0062) | None | | |
|---|---|---|---|---|
| G-16 | Black Jeep - Back Right (IMG_0066) | None | | |
| G-17 | Casing 1 - Zoom | None | | |
| G-18 | Casing 2 - Zoom | None | | |
| G-19 | Casing 3 - Zoom | None | | |
| G-20 | Casing 4 - Zoom (IMG_0365) | None | | |
| G-21 | Casing 5 - Zoom (IMG_0367) | None | | |
| G-22 | Casing 6 - Zoom (IMG_0369) | None | | |
| G-23 | Casing 7 - Zoom (IMG_0372) | None | | |
| G-24 | Casing 7 (IMG_0373) | None | | |
| G-25 | Casings 1, 2, and 3 - Closer | None | | |
| G-26 | Casings 1, 2, and 3 - Overview | None | | |
| G-27 | Casings 5 and 6 (IMG_0366) | None | | |
| G-28 | Edgewood Town Centre - Shooting Scene Map | None | | |
| G-29 | Edgewood Town Centre - Shooting Scene Map and Cameras | FRE 403 – objection to "school bus shot" | FRE 403 does not require government to sanitize its case. *U.S. v. Cross*, 308 F.3d 308, 325 (3d Cir. 2002) | Sustained in part and overruled in part; references to a school bus must be removed pursuant to the Court's ruling in its order on the parties' motions *in limine*. ECF 150. The exhibit is otherwise relevant and admissible. |
| G-30 | Front of Happy Smoke Store with Police Cruiser (IMG_0358) | None | | |
| G-31 | Hole in Window - Zoom (IMG_0354) | None | | |

| G-32 | Hole in Window (IMG_0355) | None | | |
| G-33 | Hole in Windshield (IMG_0357) | None | | |
| G-34 | Maroon SUV - Front Right (IMG_0057) | None | | |
| G-35 | Still from Body Cam - Between Vehicles (vlcsnap-2024-12-11-04h26m34s037) | None | | |
| G-36 | Still from Body Cam - Casing 3 and 4 (vlcsnap-2024-12-11-04h25m44s521) | None | | |
| G-37 | Still from Body Cam - Casing 7 (vlcsnap-2024-12-11-04h30m05s867) | None | | |
| G-38 | Still from Body Cam - Casings 1 and 2 (vlcsnap-2024-12-11-04h24m23s129) | None | | |
| G-39 | Still from Body Cam - Casings 5 and 6 (vlcsnap-2024-12-11-04h28m06s886) | None | | |

**Scene Video and Still Images**

| Exhibit No. | Exhibit Description | Defense Objection | Government Response | Court Ruling |
|---|---|---|---|---|
| G-40 | 1717 Hays Street (Video) | Objection to audio. | Non-hearsay; No legal basis for objection. | Overruled; the only audio in this video consists of several gunshots, which are not statements offered for the truth of the matter. |
| G-41 | 7469 Schoyer Ave - Still - 1 - School Bus | None | | |
| G-42 | 7469 Schoyer Ave - Still - 2 - Black Sedan | None | | |

| | Behind School Bus | | | |
|---|---|---|---|---|
| G-43 | 7469 Schoyer Ave - Still - 3 - Black Sedan and Runner | None | | |
| G-44 | 7469 Schoyer Ave - Still - 4 - Sedan with Window Down | None | | |
| G-45 | 7469 Schoyer Ave - Still - 5 - Sedan with Window Down and Person Hanging Out | None | | |
| G-46 | 7469 Schoyer Ave - Still - 6 - Sedan with Window Down and Person Pointing Gun | None | | |
| G-47 | 7469 Schoyer Ave - Still - 7 - White Sedan | None | | |
| G-48 | 7469 Schoyer Ave - Still - 8 - White Sedan | None | | |
| G-49 | 7469 Schoyer Ave - Still - 9 - White Sedan | None | | |
| G-50 | 7469 Schoyer Ave - Still - 10 - White Sedan | None | | |
| G-51 | 7469 Schoyer Ave - Front Porch (Video) | None | | |
| G-52 | Cell Phone Video - 1 - Blase Ward | Objection to statement as hearsay. | FRE 803(1) – present sense impression; Non-hearsay; no statements offered for truth of matter asserted; | Overruled; the statement "here they come" is a present sense impression because the declarant is describing what is happening while the declarant perceives it. Fed. R. Evid. 803(1). |
| G-53 | Cell Phone Video - Still - Front - distance | None | | |
| G-54 | Cell Phone Video - | None | | |

| | | | | |
|---|---|---|---|---|
| | Still - Front - Zoom | | | |
| G-55 | Cell Phone Video - Still - Profile 1 | None | | |
| G-56 | Cell Phone Video - Still - Profile 2 | None | | |
| G-57 | Edgewood Town Centre Video - Clip | None | | |

**Photos of Items in Evidence**

| Exhibit No. | Exhibit Description | Defense Objection | Government Response | Court Ruling |
|---|---|---|---|---|
| G-58 | .45 cal Shell Casings (2) (IMG_0199) | None | | |
| G-59 | 9mm Shell Casing (IMG_0193) | None | | |
| G-60 | 9mm Shell Casing (IMG_0201) | None | | |
| G-61 | Evidence Envelope Labeled "23-0475:H" (IMG_0188) | Reference to Offense Code: (2705) Recklessly endangering another person is more prejudicial than probative – FRE 403 | Will be redacted | Overruled, subject to the government redacting the document. |
| G-62 | Evidence Envelope Labeled "23-0475:I" (IMG_0190) | Same as G-61 | Will be redacted | Overruled, subject to the government redacting the document. |
| G-63 | Evidence Envelope Labeled "23-0475:J" (IMG_0192) | Same as G-61 | Will be redacted | Overruled, subject to the government redacting the document. |
| G-64 | Evidence Envelope Labeled "23-0475:K" (IMG_0194) | Same as G-61 | Will be redacted | Overruled, subject to the government redacting the document. |
| G-65 | Evidence Envelope Labeled "23-0475:L" | Same as G-61 | Will be redacted | Overruled, subject to the government |

| | | | | |
|---|---|---|---|---|
| | (IMG_0196) | | | redacting the document. |
| G-66 | Evidence Envelope Labeled "23-0475:M" (IMG_0198) | Same as G-61 | Will be redacted | Overruled, subject to the government redacting the document. |
| G-67 | Evidence Envelope Labeled "23-0475:N" (IMG_0200) | Same as G-61 | Will be redacted | Overruled, subject to the government redacting the document. |
| G-68 | Shell Casings (4) (IMG_0195) | None | | |
| G-69 | Shell Casings (9) (IMG_0191) | None | | |
| G-70 | Spent Round (IMG_0189) | None | | |
| G-71 | Spent Round/Fragment (IMG_0197) | None | | |

**Lab Reports**

| Exhibit No. | Exhibit Description | Defense Objection | Government Response | Court Ruling |
|---|---|---|---|---|
| G-72 | 2301982 Item 2-1_2302827 Item 7A TCC ID Breech Face Impression Agreement | N/A | Government not seeking to admit. | |
| G-73 | 2301982 Item 2-1_2302827 Item 7A TCC ID Firing Pin Aperture Shear Mark Agreement | N/A | Government not seeking to admit. | |
| G-74 | 23LAB2466 - Supp FATM | Hearsay | Agreed, Marked for ident. to refresh under FRE 612 | Overruled; because the government has indicated that it will not seek to admit this exhibit, the exhibit may only be used to refresh recollection and for impeachment, |

| | | | | but may not otherwise be admitted into evidence. |
|---|---|---|---|---|
| G-75 | 23LAB2466 FATM | Hearsay | Agreed, Marked for ident. to refresh under FRE 612 | Overruled; because the government has indicated that it will not seek to admit this exhibit, the exhibit may only be used to refresh recollection and for impeachment, but may not otherwise be admitted into evidence. |

**Pep Boys**

| Exhibit No. | Exhibit Description | Defense Objection | Government Response | Court Ruling |
|---|---|---|---|---|
| G-76 | Video: Pep Boys 1 | None | | |
| G-77 | Video: Pep Boys 2 | None | | |
| G-78 | Video: Pep Boys 3 | None | | |
| G-79 | Still Image of Black Rim | None | | |
| G-80 | Video: Pep Boys 4 | Relevance Denominations unclear (FRE 401, 403, and 404(b)). | Intrinsic evidence/admiss. 404(b) evid. of drug trafficking – unexplained wealth. Doc. 112 at 37-39. | Overruled; the probative value of this exhibit is not substantially outweighed by the danger of unfair prejudice because this video (as well as the other videos and images that show Mr. Addison holding large amounts of cash) are relevant to his drug trafficking. "[P]ossession of large amounts of cash with evidence of narcotics trafficking is |

| | | | | |
|---|---|---|---|---|
| | | | | generally relevant and admissible." *United States v. Cooley*, 131 F. App'x 881, 883 (3d Cir. 2005).  And this type of evidence is routinely admitted. *United States v. Chandler*, 326 F.3d 210, 215 (3d Cir. 2003).  Here, the videos and images showing Mr. Addison with large amounts of cash are relevant to his drug trafficking.  Mr. Addison's objection to the denominations being unclear goes to the weight, not the admissibility. |
| G-81 | Video: Pep Boys 5 | See G-80 | See response to G-80 | Overruled; the probative value of this exhibit is not substantially outweighed by the danger of unfair prejudice because this video (as well as the other videos and images that show Mr. Addison holding large amounts of cash) are relevant to his drug trafficking.  "[P]ossession of large amounts of cash with evidence of narcotics trafficking is generally relevant |

| | | | | and admissible." *United States v. Cooley*, 131 F. App'x 881, 883 (3d Cir. 2005). And this type of evidence is routinely admitted. *United States v. Chandler*, 326 F.3d 210, 215 (3d Cir. 2003). Here, the videos and images showing Mr. Addison with large amounts of cash are relevant to his drug trafficking. Mr. Addison's objection to the denominations being unclear goes to the weight, not the admissibility. |
|---|---|---|---|---|
| G-82 | Pep Boys – Still Image 1 | Authenticity | Will authenticate with witness testimony and/or business record certification (FRE 803(6) and 902(11)) | Overruled; the government has met its burden under Rule 901 by proffering that it will authenticate this exhibit with a witness at trial. |
| G-83 | Pep Boys – Still Image 2 | Authenticity | See G-83 above | Overruled; the government has met its burden under Rule 901 by proffering that it will authenticate this exhibit with a witness at trial. |
| G-84 | Pep Boys – Still Image 3 | Authenticity | See G-83 above | Overruled; the government has met its burden under |

| Exhibit No. | Exhibit Description | Defense Objection | Government Response | Court Ruling |
|---|---|---|---|---|
| | | | | Rule 901 by proffering that it will authenticate this exhibit with a witness at trial. |
| G-85 | Pep Boys – Still Image 4 | Authenticity | See G-83 above | Overruled; the government has met its burden under Rule 901 by proffering that it will authenticate this exhibit with a witness at trial. |
| G-86 | Pep Boys Invoice 04-16-2023 | Authenticity | See G-83 above | Overruled; the government has met its burden under Rule 901 by proffering that it will authenticate this exhibit with a witness at trial. |

Historical Cell Site

| Exhibit No. | Exhibit Description | Defense Objection | Government Response | Court Ruling |
|---|---|---|---|---|
| G-87 | John Orlando HCSD Report | Hearsay | Demonstrative to assist in explaining testimony. FRE 107. | Overruled; demonstratives are permissible to "clarify and simplify complex testimony or other information and evidence or to assist counsel in the presentation of argument to the court or jury." *United States v. Bray*, 139 F.3d 1104, 1111 (6th Cir. 1998). However, it will not be sent back to the jury with the trial exhibits. |

| G-88 | Raw HCSD - 412-525-3448.zip | Authenticity | Agreed, marked for identification purposes only. | Sustained. |

**Images from McGann and Chester**

| Exhibit No. | Exhibit Description | Defense Objection | Government Response | Court Ruling |
|---|---|---|---|---|
| G-89 | Comparison Image | FRE 401-403, 404(b) | See Doc. 112 at 42-45. | Sustained in part and overruled in part; the Court construes this exhibit as a demonstrative exhibit. Demonstratives are permissible to "clarify and simplify complex testimony or other information and evidence or to assist counsel in the presentation of argument to the court or jury." *United States v. Bray*, 139 F.3d 1104, 1111 (6th Cir. 1998). The government may show it to the jury, so long as it offers the proper foundation (i.e., testimony about how the comparison was created). However, it will not be sent back to the jury with the trial exhibits. |
| G-90 | Firearm Next to Driver's Seat - 1 (IMG_0206) | FRE 401-403, 404(b) | See G-89 | Sustained in part and overruled in part for the reasons stated in the Court's ruling on G-89. |

| G-91 | Firearm Next to Driver's Seat - 2 (IMG_0207) | FRE 401-403, 404(b) | See G-89 | Sustained in part and overruled in part for the reasons stated in the Court's ruling on G-89. |
|------|------|------|------|------|

### May 8 – Homestead

Law Enforcement Reports

| Exhibit No. | Exhibit Description | Defense Objection | Government Response | Court Ruling |
|-------------|---------------------|-------------------|--------------------|--------------|
| G-92 | ACPD - Collecting Valero Video | Hearsay | Agreed, Marked for ident. to refresh under FRE 612 | Overruled; because the government has indicated that it will not seek to admit this exhibit, the exhibit may only be used to refresh recollection and for impeachment, but may not otherwise be admitted into evidence. |
| G-93 | ACPD - Collection of One Video from Dorothy's Bar | Hearsay | Agreed, Marked for ident. to refresh under FRE 612 | Overruled; because the government has indicated that it will not seek to admit this exhibit, the exhibit may only be used to refresh recollection and for impeachment, but may not otherwise be admitted into evidence. |
| G-94 | ACPD - Collection of Remaining Video from Dorothy's Bar | Hearsay | Agreed, Marked for ident. to refresh under FRE 612 | Overruled; because the government has indicated that it will not seek to admit this exhibit, the exhibit may only be used to refresh recollection and for impeachment, but may not otherwise be admitted into |

| | | | | evidence. |
|---|---|---|---|---|
| G-95 | ACPD - Interview of Civilian Witness - Crash Victim on Bridge | Hearsay | Agreed, Marked for ident. to refresh under FRE 612 | Overruled; because the government has indicated that it will not seek to admit this exhibit, the exhibit may only be used to refresh recollection and for impeachment, but may not otherwise be admitted into evidence. |
| G-96 | ACPD - Interview of Berberich | Hearsay | Agreed, Marked for ident. to refresh under FRE 612 | Overruled; because the government has indicated that it will not seek to admit this exhibit, the exhibit may only be used to refresh recollection and for impeachment, but may not otherwise be admitted into evidence. |
| G-97 | ACPD - Interview of Boehm | Hearsay | Agreed, Marked for ident. to refresh under FRE 612 | Overruled; because the government has indicated that it will not seek to admit this exhibit, the exhibit may only be used to refresh recollection and for impeachment, but may not otherwise be admitted into evidence. |
| G-98 | ACPD - Interview of Civilian Witness and Collecting Video - Bruesters | Hearsay | Agreed, Marked for ident. to refresh under FRE 612 | Overruled; because the government has indicated that it will not seek to admit this exhibit, the exhibit may only be used to refresh recollection and for impeachment, |

| | | | | but may not otherwise be admitted into evidence. |
|---|---|---|---|---|
| G-99 | ACPD - Interview of Munhall PD Miller | Hearsay | Agreed, Marked for ident. to refresh under FRE 612 | Overruled; because the government has indicated that it will not seek to admit this exhibit, the exhibit may only be used to refresh recollection and for impeachment, but may not otherwise be admitted into evidence. |
| G-100 | ACPD - Interview of O'Sullivan | Hearsay | Agreed, Marked for ident. to refresh under FRE 612 | Overruled; because the government has indicated that it will not seek to admit this exhibit, the exhibit may only be used to refresh recollection and for impeachment, but may not otherwise be admitted into evidence. |
| G-101 | ACPD - Interview of Patrick Swindell | Hearsay | Agreed, Marked for ident. to refresh under FRE 612 | Overruled; because the government has indicated that it will not seek to admit this exhibit, the exhibit may only be used to refresh recollection and for impeachment, but may not otherwise be admitted into evidence. |
| G-102 | ACPD - Interview of PBP Officer Hartnett | Hearsay | Agreed, Marked for ident. to refresh under FRE 612 | Overruled; because the government has indicated that it will not seek to admit this exhibit, the exhibit may only be used to |

| | | | | |
|---|---|---|---|---|
| | | | | refresh recollection and for impeachment, but may not otherwise be admitted into evidence. |
| G-103 | ACPD - Interview of Randy Ernst | Hearsay | Agreed, Marked for ident. to refresh under FRE 612 | Overruled; because the government has indicated that it will not seek to admit this exhibit, the exhibit may only be used to refresh recollection and for impeachment, but may not otherwise be admitted into evidence. |
| G-104 | ACPD - Interview of Stegena | Hearsay | Agreed, Marked for ident. to refresh under FRE 612 | Overruled; because the government has indicated that it will not seek to admit this exhibit, the exhibit may only be used to refresh recollection and for impeachment, but may not otherwise be admitted into evidence. |
| G-105 | ACPD - Narrative Summary | Hearsay | Agreed, Marked for ident. to refresh under FRE 612 | Overruled; because the government has indicated that it will not seek to admit this exhibit, the exhibit may only be used to refresh recollection and for impeachment, but may not otherwise be admitted into evidence. |
| G-106 | ACPD - Recovery of 216 8th Avenue Video | Hearsay. | Agreed, Marked for ident. to refresh under | Overruled; because the government has indicated that it will not seek to admit this |

| | | | FRE 612 | exhibit, the exhibit may only be used to refresh recollection and for impeachment, but may not otherwise be admitted into evidence. |
|---|---|---|---|---|
| G-107 | ACPD - Recovery of Ernst's Bullet from Vehicle | Hearsay | Agreed, Marked for ident. to refresh under FRE 612 | Overruled; because the government has indicated that it will not seek to admit this exhibit, the exhibit may only be used to refresh recollection and for impeachment, but may not otherwise be admitted into evidence. |
| G-108 | ACPD - Report and Warrant for Vehicle | Hearsay | Agreed, Marked for ident. to refresh under FRE 612 | Overruled; because the government has indicated that it will not seek to admit this exhibit, the exhibit may only be used to refresh recollection and for impeachment, but may not otherwise be admitted into evidence. |
| G-109 | ACPD - Rosenberg Report | Hearsay | Agreed, Marked for ident. to refresh under FRE 612 | Overruled; because the government has indicated that it will not seek to admit this exhibit, the exhibit may only be used to refresh recollection and for impeachment, but may not otherwise be admitted into evidence. |
| G-110 | ACPD - Scene Report | Hearsay | Agreed, Marked for | Overruled; because the government has |

| | | | | |
|---|---|---|---|---|
| | | | ident. to refresh under FRE 612 | indicated that it will not seek to admit this exhibit, the exhibit may only be used to refresh recollection and for impeachment, but may not otherwise be admitted into evidence. |
| G-111 | ACPD - Scene Report - Bridge - Inventory of Infiniti | Hearsay | Agreed, Marked for ident. to refresh under FRE 612 | Overruled; because the government has indicated that it will not seek to admit this exhibit, the exhibit may only be used to refresh recollection and for impeachment, but may not otherwise be admitted into evidence. |
| G-112 | ACPD - State Criminal Complaint and Affidavit | Hearsay | Agreed, Marked for ident. to refresh under FRE 612 | Overruled; because the government has indicated that it will not seek to admit this exhibit, the exhibit may only be used to refresh recollection and for impeachment, but may not otherwise be admitted into evidence. |
| G-113 | ACPD - Use of Matterport Scanner | Hearsay | Agreed, Marked for ident. to refresh under FRE 612 | Overruled; because the government has indicated that it will not seek to admit this exhibit, the exhibit may only be used to refresh recollection and for impeachment, but may not otherwise be admitted into evidence. |

| G-114 | ACPD - Vehicle Warrant Inventory | Hearsay | Agreed, Marked for ident. to refresh under FRE 612 | Overruled; because the government has indicated that it will not seek to admit this exhibit, the exhibit may only be used to refresh recollection and for impeachment, but may not otherwise be admitted into evidence. |
| G-115 | ACPD - View Valero Video - Find Hilliard's Bag | Hearsay | Agreed, Marked for ident. to refresh under FRE 612 | Overruled; because the government has indicated that it will not seek to admit this exhibit, the exhibit may only be used to refresh recollection and for impeachment, but may not otherwise be admitted into evidence. |
| G-116 | CAD - Fire EMS | Hearsay | Agreed, Marked for ident. to refresh under FRE 612 | Overruled; because the government has indicated that it will not seek to admit this exhibit, the exhibit may only be used to refresh recollection and for impeachment, but may not otherwise be admitted into evidence. |
| G-117 | CAD - Police - Begin with Traffic Stop | Hearsay | Agreed, Marked for ident. to refresh under FRE 612 | Overruled; because the government has indicated that it will not seek to admit this exhibit, the exhibit may only be used to refresh recollection and for impeachment, but may not otherwise |

| | | | | |
|---|---|---|---|---|
| | | | | be admitted into evidence. |
| G-118 | CAD - Police - Begin with Ernst Pursuit | Hearsay | Agreed, Marked for ident. to refresh under FRE 612 | Overruled; because the government has indicated that it will not seek to admit this exhibit, the exhibit may only be used to refresh recollection and for impeachment, but may not otherwise be admitted into evidence. |
| G-119 | Homestead PD - Ernst | Hearsay | Agreed, Marked for ident. to refresh under FRE 612 | Overruled; because the government has indicated that it will not seek to admit this exhibit, the exhibit may only be used to refresh recollection and for impeachment, but may not otherwise be admitted into evidence. |
| G-120 | Munhall PD - Jared Ruffing report | Hearsay | Agreed, Marked for ident. to refresh under FRE 612 | Overruled; because the government has indicated that it will not seek to admit this exhibit, the exhibit may only be used to refresh recollection and for impeachment, but may not otherwise be admitted into evidence. |
| G-121 | Munhall PD - Sgt Scheiss Report | Hearsay | Agreed, Marked for ident. to refresh under FRE 612 | Overruled; because the government has indicated that it will not seek to admit this exhibit, the exhibit may only be used to refresh recollection |

| | | | | |
|---|---|---|---|---|
| | | | | and for impeachment, but may not otherwise be admitted into evidence. |
| G-122 | PBP - Berberich Report | Hearsay | Agreed, Marked for ident. to refresh under FRE 612 | Overruled; because the government has indicated that it will not seek to admit this exhibit, the exhibit may only be used to refresh recollection and for impeachment, but may not otherwise be admitted into evidence. |
| G-123 | PBP - Hartnett Report | Hearsay | Agreed, Marked for ident. to refresh under FRE 612 | Overruled; because the government has indicated that it will not seek to admit this exhibit, the exhibit may only be used to refresh recollection and for impeachment, but may not otherwise be admitted into evidence. |
| G-124 | PENNDOT Vehicle Registration | Hearsay | Certified Public Record. FRE | Overruled; self-authenticating under Fed. R. Evid. 902(4). |
| G-125 | West Homestead PD - Ofc Swindell Report | Hearsay | Agreed, Marked for ident. to refresh under FRE 612 | Overruled; because the government has indicated that it will not seek to admit this exhibit, the exhibit may only be used to refresh recollection and for impeachment, but may not otherwise be admitted into evidence. |

**Photos – Addison Vehicle – On Scene**

| Exhibit No. | Exhibit Description | Defense Objection | Government Response | Court Ruling |
|---|---|---|---|---|
| G-126 | Addison Front Bumper - Bridge - 1 | None | | |
| G-127 | Addison Front Bumper - Bridge - 2 | None | | |
| G-128 | Addison Vehicle - Driver's Side - 8th Ave | None | | |
| G-129 | Addison Vehicle - Front - 8th Ave | None | | |
| G-130 | Addison Vehicle - Front Passenger Corner - 8th Ave | None | | |
| G-131 | Addison Vehicle - Rear - 8th Avenue | None | | |
| G-132 | Addison Vehicle - Rear Driver Corner - 8th Ave | None | | |

**Photos – Arrest Scene – Amity Street**

| Exhibit No. | Exhibit Description | Defense Objection | Government Response | Court Ruling |
|---|---|---|---|---|
| G-133 | Black Cell Phone and Cash | None | | |
| G-134 | Evidence Placards - 1 | None | | |
| G-135 | Evidence Placards - 2 | None | | |
| G-136 | Evidence Placards and Vehicles - 1 | None | | |
| G-137 | Evidence Placards and Vehicles - 2 | None | | |
| G-138 | Gun 1 | None | | |
| G-139 | Gun 2 | None | | |
| G-140 | Gun 3 - Can See Jammed Round | None | | |
| G-141 | Gun 4 - Close Up | None | | |
| G-142 | Gun 5 - Switch 1 | None | | |
| G-143 | Gun 6 - Switch 2 | None | | |
| G-144 | Gun 7 - Jammed | None | | |

| | Round 1 | | | |
|---|---|---|---|---|
| G-145 | Gun 8 - Jammed Round 2 | None | | |
| G-146 | Infiniti Keys | None | | |
| G-147 | Items from Addison - Overview | None | | |
| G-148 | Magazine | None | | |
| G-149 | Magazine and Cleared Round | None | | |
| G-150 | More Cash | None | | |
| G-151 | White iPhone | None | | |

**Photos – Shooting Scene – Hazel Way**

| Exhibit No. | Exhibit Description | Defense Objection | Government Response | Court Ruling |
|---|---|---|---|---|
| G-152 | Casing 1 - Close Up | None | | |
| G-153 | Casing 1 - Mid Range | None | | |
| G-154 | Casing 2 - Close Up | None | | |
| G-155 | Casing 2 - Mid Range | None | | |
| G-156 | Casings -Far Away | Misleading given placement of police vehicle | Objection goes to weight; can be addressed on cross. Witness from Crime Lab MCU will testify photo accurately depicts scene when he processed it. | Overruled; objection goes to weight, not admissibility. |

**Maps of Scene**

| Exhibit No. | Exhibit Description | Defense Objection | Government Response | Court Ruling |
|---|---|---|---|---|
| G-157 | Map 1 - Traffic Stop Vehicle Casings | None | | |
| G-158 | Map 2 - Homestead | None | | |

**Photos – Addison Vehicle – Search Warrant**

| Exhibit No. | Exhibit Description | Defense Objection | Government Response | Court Ruling |
|---|---|---|---|---|
| G-159 | 31 Round Magazine from Bag | None | | |
| G-160 | Addison's ID from Bag | None | | |
| G-161 | Application for Registration - 1 (M10_8994) | None | | |
| G-162 | Application for Registration - 2 (M10_8996) | None | | |
| G-163 | Bag of Bricks 1 | None | | |
| G-164 | Bag of Bricks 2 | None | | |
| G-165 | Bag on Back Floor - 1 | None | | |
| G-166 | Bag on Back Floor - 2 | None | | |
| G-167 | Bag on Back Floor - 3 | None | | |
| G-168 | Bag Put on Back Seat | None | | |
| G-169 | Driver's Side | None | | |
| G-170 | Glock Logo on 31 Round Mag | None | | |
| G-171 | Passenger's Side | None | | |
| G-172 | Vehicle Insurance | None | | |
| G-173 | Vehicle Sale Paperwork | None | | |

**Video Clips and Still Images**

| Exhibit No. | Exhibit Description | Defense Objection | Government Response | Court Ruling |
|---|---|---|---|---|
| G-174 | Berberich 1 BWC - May 8 (Video) | Objection to audio of statements as hearsay | Present Sense impression; Excited Utterance; declarant's state of mind. FRE 803(1), (2), and (3). | Overruled; the statements are either non-hearsay (not for truth, but for effect on listener—e.g., "hands;" "are we going to hit it right now?"); present sense impressions; or excited utterances. |

| | | | | Fed. R. Evid. 803(1), (2), and (3). |
|---|---|---|---|---|
| G-175 | Dorothy 6 - Abandoning Car - 1 (Video) | Objection to audio of statements as hearsay | Statements are Present Sense impression. FRE 803(1) | Overruled; for two reasons. First, the audio is largely unintelligible, so there is not really a "statement," let alone a hearsay statement. Second, the intelligible audio is admissible as present sense impressions because the declarant is describing the event while he is perceiving it. Fed. R. Evid. 803(1). |
| G-176 | Dorothy 6 - Abandoning Car - 2 (Video) | None | | |
| G-177 | Dorothy 6 Rear - Ernst Follow Addison in Alley - 1 (Video) | Objection to audio of statements as hearsay | D's statements are non-hearsay. FRE 801(d)(2).  Ernst's statements are non-hearsay – effect on listener. | Overruled; the statements are admissible as non-hearsay to show their effect on Mr. Addison. *United States v. Edwards*, 792 F.3d 355, 357, n.2 (3d Cir. 2015) (statements offered for their effect on the listener are not hearsay because they are not offered for their truth). |
| G-178 | Dorothy 6 Rear - Ernst Follow Addison in Alley - 2 (Video) | Objection to audio of statements as hearsay | See G-177. | Overruled; the statements are admissible as non-hearsay to show their effect on Mr. Addison. *United States v. Edwards*, 792 F.3d |

| | | | | 355, 357, n.2 (3d Cir. 2015) (statements offered for their effect on the listener are not hearsay because they are not offered for their truth). |
|---|---|---|---|---|
| G-179 | Ernst BWC - Whole (Video) | Objection to audio of statements. | Marked for identification only. | Overruled; without prejudice to renewing if government moves to admit at trial. |
| G-180 | Ernst BWC - Excerpt (Video) | Objection to audio of statements as hearsay | Present sense impression, excited utterance, declarant's state of mind. FRE 803(1), (2), (3). Offered for effect on listener (Addison). | Overruled; the statements are admissible as present sense impressions because the declarant is describing the event while he is perceiving it.  Fed. R. Evid. 803(1).  Statements to Mr. Addison are admissible to show effect on listener. *United States v. Edwards*, 792 F.3d 355, 357, n.2 (3d Cir. 2015) (statements offered for their effect on the listener are not hearsay because they are not offered for their truth). |
| G-181 | Ernst Dash Cam - Whole (Video) | | Marked for identification only. | |
| G-182 | Ernst Dash Cam - Excerpt (Video) | None | | |
| G-183 | Ernst Dash Cam - Still | None | | |
| G-184 | Stegena BWC - Excerpt (Video) | Objection to audio of statements | Present sense impression, excited | Overruled; the statements are admissible as present |

| | | hearsay | utterance, declarant's state of mind. FRE 801(1), (2), and (3) | sense impressions because the declarants are describing the events while they are perceiving them.  Fed. R. Evid. 803(1). |
|---|---|---|---|---|
| G-185 | Stegena BWC - Still 1 | None | | |
| G-186 | Stegena BWC - Still 2 | None | | |
| G-187 | Stegena BWC - Still 3 | None | | |
| G-188 | Stegena BWC - Still 4 - Front | None | | |
| G-189 | Stegena BWC - Still 5 - Front | None | | |
| G-190 | Stegena BWC- Whole BWC (Video) | Objection to audio of statements as hearsay | Marked for identification only. | Sustained. |
| G-191 | Valero - Dumpster (Video) | None | | |
| G-192 | Valero - Front - GH and Addison (Video) | None | | |
| G-193 | Valero - Running Down Front (Video) | None | | |
| G-194 | Valero at Ann St - Clip (Video) | None | | |
| G-195 | Valero at Hazel Way - Clip (Video) | None | | |
| G-196 | West Homestead BWC (Video) | Objection to audio of statements as hearsay. | Present sense impression, excited utterance, declarant's state of mind. FRE 801(1), (2), and (3) | Overruled; the statements are admissible as present sense impressions because the declarants are describing the events while they are perceiving them.  Fed. R. Evid. 803(1). |
| G-197 | West Homestead | Objection to | Present sense | Overruled; the |

| | | | | |
|---|---|---|---|---|
| | Police Cruiser - Clip (Video) | audio of statements as hearsay. | impression, excited utterance, declarant's state of mind. FRE 801(1), (2), and (3) | statements are admissible as present sense impressions because the declarants are describing the events while they are perceiving them.  Fed. R. Evid. 803(1). |
| G-198 | West Homestead Police Cruiser - Still 1 | None | | |
| G-199 | West Homestead Police Cruiser - Still 2 | None | | |

**Ballistics Analyst Photos**

| Exhibit No. | Exhibit Description | Defense Objection | Government Response | Court Ruling |
|---|---|---|---|---|
| G-200 | 2302466 Item 4_2302827 Item 1A TCC ID Breech Face Impression Agreement | None | | |
| G-201 | 2302466 Item 4_2302827 Item 1A TCC ID Firing Pin Aperture Shear Mark Agreement | None | | |
| G-202 | 2302466 Item 4_2302827 Item 1A TCC ID Firing Pin Impression Agreement | None | | |

**Lab Reports**

| Exhibit No. | Exhibit Description | Defense Objection | Government Response | Court Ruling |
|---|---|---|---|---|
| G-203 | 1A - MCU Scene Report - Clark | Hearsay. | Agreed, Marked for | Overruled; because the government has |

| | | | | ident. to refresh under FRE 612 | indicated that it will not seek to admit this exhibit, the exhibit may only be used to refresh recollection and for impeachment, but may not otherwise be admitted into evidence. |
|---|---|---|---|---|---|
| G-204 | 1B - Scene Map - Clark | Authenticity. | Witness will authenticate. | | Overruled; without prejudice to raising again if government fails to authenticate at trial. |
| G-205 | 1C - Evidence Log - Clark | Hearsay. | Agreed, Marked for ident. to refresh under FRE 612 | | Overruled; because the government has indicated that it will not seek to admit this exhibit, the exhibit may only be used to refresh recollection and for impeachment, but may not otherwise be admitted into evidence. |
| G-206 | 1D - Evidence measurements - Clark | Hearsay. | Agreed, Marked for ident. to refresh under FRE 612 | | Overruled; because the government has indicated that it will not seek to admit this exhibit, the exhibit may only be used to refresh recollection and for impeachment, but may not otherwise be admitted into evidence. |
| G-207 | 2 - MCU Report - Scene and Infiniti - Wolfe | Hearsay. | Agreed, Marked for ident. to refresh under FRE 612 | | Overruled; because the government has indicated that it will not seek to admit this exhibit, the exhibit may only be used to |

| | | | | refresh recollection and for impeachment, but may not otherwise be admitted into evidence. |
|---|---|---|---|---|
| G-208 | 3 - Latent Prints - Priestley | Hearsay. | Agreed, Marked for ident. to refresh under FRE 612 | Overruled; because the government has indicated that it will not seek to admit this exhibit, the exhibit may only be used to refresh recollection and for impeachment, but may not otherwise be admitted into evidence. |
| G-209 | 4 - Drug Chemistry - Wolfe | Hearsay. | Agreed, Marked for ident. to refresh under FRE 612 | Overruled; because the government has indicated that it will not seek to admit this exhibit, the exhibit may only be used to refresh recollection and for impeachment, but may not otherwise be admitted into evidence. |
| G-210 | 5A - Firearms and NIBIN - Lorenz | Hearsay. | Agreed, Marked for ident. to refresh under FRE 612 | Overruled; because the government has indicated that it will not seek to admit this exhibit, the exhibit may only be used to refresh recollection and for impeachment, but may not otherwise be admitted into evidence. |
| G-211 | 5B - Supp NIBIN - Lorenz | Hearsay. | Agreed, Marked for ident. to refresh under | Overruled; because the government has indicated that it will not seek to admit this |

| Exhibit No. | Exhibit Description | Defense Objection | Government Response | Court Ruling |
|---|---|---|---|---|
| | | | FRE 612 | exhibit, the exhibit may only be used to refresh recollection and for impeachment, but may not otherwise be admitted into evidence. |
| G-212 | 2302466 Item 4_2302827 Item 1A TCC ID Breech Face Impression Agreement | None | | |
| G-213 | 2302466 Item 4_2302827 Item 1A TCC ID Firing Pin Aperture Shear Mark Agreement | None | | |
| G-214 | 2302466 Item 4_2302827 Item 1A TCC ID Firing Pin Impression Agreement | None | | |

**Pictures of Items in Evidence**

| Exhibit No. | Exhibit Description | Defense Objection | Government Response | Court Ruling |
|---|---|---|---|---|
| G-215 | Glock: White Evidence Box Labeled "2302827/1" (IMG_1532) | None | | |
| G-216 | Glock: Open Evidence Box with Firearm, Clip and Ammo (IMG_1533) | None | | |
| G-217 | Item A2: Front of Evidence Envelope Labeled "ITEMS 9-14" (IMG_1756) | None | | |
| G-218 | Item A2: Back of Evidence Envelope "Sealed 05/09/2023" | None | | |

| | (IMG_1757) | | | |
|---|---|---|---|---|
| G-219 | Item A2: Seven Evidence Envelopes with Items 9-14 (IMG_1758) | None | | |
| G-220 | Item A2: Front of Evidence Envelope for Item 9 (IMG_1759) | None | | |
| G-221 | Item A2: Back of Evidence Envelope for Item 9 (IMG_1760) | None | | |
| G-222 | Item A2: Evidence Envelope with Item 9 - 9mm "Blazer" Casing (IMG_1761) | None | | |
| G-223 | Item A2: Front of Evidence Envelope for Item 10 (IMG_1762) | None | | |
| G-224 | Item A2: Back of Evidence Envelope for Item 10 (IMG_1763) | None | | |
| G-225 | Item A2: Evidence Envelope with Item 10 - 9x19 "SEB 70" Casing (IMG_1764) | None | | |
| G-226 | Item A22: Back of Evidence Envelope Labeled "23-0593: A22"(IMG_1765) | None | | |
| G-227 | Item A22: Back of Evidence Envelope Labeled "23-0593: A22" with Clip and Ammo (IMG_1766) | Reference to ACP – HOM is more prejudicial than probative – FRE 403 | Will be redacted | Overruled, subject to the government redacting the document. |
| G-228 | Item A22: Close Up of Ammo (IMG_1767) | | | |
| G-229 | Item A23: Front of | Reference to | Will be | Overruled, subject to |

| | | | | |
|---|---|---|---|---|
| | Evidence Envelope Labeled "23-0593:A23" (IMG_1768) | ACP – HOM is more prejudicial than probative – FRE 403 | redacted | the government redacting the document. |
| G-230 | Item A23: Back of Evidence Envelope Labeled "23-0593:A23" (IMG_1769) | None | | |
| G-231 | Item A23: Evidence Envelope with Contents - Stamp Bags and Packaging (IMG_1770) | None | | |
| G-232 | Item A23: Close Up of Stamp Bags - "Magic" and Skull - Front (IMG_1771) | None | | |
| G-233 | Item A23: Close Up of Stamp Bags - "Magic" and Skull - Back (IMG_1772) | None | | |
| G-234 | Item A23: Close Up of Stamp Bags - "Magic" - Front (IMG_1773) | None | | |
| G-235 | Item A23: Close Up of Stamp Bags - "Magic" - Back (IMG_1774) | None | | |
| G-236 | Item A23: Close Up of Packaging - Front (IMG_1775) | None | | |
| G-237 | Item A23: Close Up of Packaging - Back (IMG_1776) | None | | |
| G-238 | Item A24: Front of Evidence Bag Labeled "Item 23-0593: A24" (IMG_1798) | Reference to ACP – HOM is more prejudicial than probative – FRE 403 | Will be redacted | Overruled, subject to the government redacting the document. |
| G-239 | Item A24: Side of | None | | |

| | | | | |
|---|---|---|---|---|
| | Evidence Bag Labeled "Item 23-0593: A24" (IMG_1800) | | | |
| G-240 | Item A24: Back of Evidence Bag Labeled "Item 23-0593: A24" (IMG_1801) | None | | |
| G-241 | Item A24: Front of Black Bag on Top of Evidence Bag (IMG_1802) | None | | |
| G-242 | Item A24: Back of Black Bag on Top of Evidence Bag (IMG_1803) | None | | |
| G-243 | Item A24: Black Bag Hanging (IMG_1804) | None | | |
| G-244 | Item B: Front of Evidence Envelope Labeled "23-0593: B" (IMG_1733) | Reference to Offense Code: (2702) Aggravated Assault is more prejudicial than probative – FRE 403 | Will to redact offense code and dates of birth | Overruled, subject to the government redacting the document. |
| G-245 | Item B: Back of Evidence Envelope Labeled "23-0593: B" (IMG_1734) | None | | |
| G-246 | Item B: Evidence Envelope Labeled "23-0593: B" with Back of iPhone and iPhone Case (IMG_1735) | Same as G-244 | Will redact offense code and dates of birth | Overruled, subject to the government redacting the document. |
| G-247 | Item B: Evidence Envelope Labeled "23-0593: B" with Front of iPhone and | Same as G-244 | Will redact offense code and dates of birth | Overruled, subject to the government redacting the document. |

| | iPhone Case (IMG_1736) | | | |
|---|---|---|---|---|
| G-248 | Item C: Front of Evidence Envelope Labeled "23-0593: C" (IMG_1737) | Same as G-244 | Will redact offense code and dates of birth | Overruled, subject to the government redacting the document. |
| G-249 | Item C: Back of Evidence Envelope Labeled "23-0593: C" (IMG_1738) | None | | |
| G-250 | Item C: Evidence Envelope Labeled "23-0593: C" with Back of White iPhone (IMG_1739) | Same as G-244 403 | Will redact offense code and dates of birth | Overruled, subject to the government redacting the document. |
| G-251 | Item C: Evidence Envelope Labeled "23-0593: C" with Front of White iPhone (IMG_1740) | Same as G-244 | Will redact offense code and dates of birth | Overruled, subject to the government redacting the document. |
| G-252 | Item D: Front of Evidence Envelope Labeled "23-0593: D" (IMG_1741) | Same as G-244 | Need to redact offense code and dates of birth | Overruled, subject to the government redacting the document. |
| G-253 | Item D: Back of Evidence Envelope Labeled "23-0593: D" (IMG_1742) | None | | |
| G-254 | Item D: Envelope Labeled "23-0593: D" with Car Keys (IMG_1743) | Same as G-244 | Will redact offense code and dates of birth | Overruled, subject to the government redacting the document. |
| G-255 | Item F: Front of Evidence Envelope Labeled "23-0593: F" (IMG_1744) | Exhibit includes Dates of Birth | Will redact dates of birth | Overruled, subject to the government redacting the document. |
| G-256 | Item F: Back of Evidence Envelope Labeled "23-0593: F" (IMG_1745) | Same as G-244 | Will redact offense code and dates of birth | Overruled, subject to the government redacting the document. |
| G-257 | Item I: Front of Evidence Envelope | Same as G-244 | Will redact offense code | Overruled, subject to the government |

| | | | |
|---|---|---|---|
| | Labeled "23-0593: I" (IMG_1746) | | and dates of birth | redacting the document. |
| G-258 | Item I: Back of Evidence Envelope Labeled "23-0593: I" (IMG_1747) | None | | |
| G-259 | Item I: Evidence Envelope Labeled "23-0593: I" with Driver's License (IMG_1748) | Same as G-244 | Will redact offense code, dates of birth, driver license no. and address | Overruled, subject to the government redacting the document. |
| G-260 | Item J: Front of Evidence Envelope Labeled "23-0593: J" (IMG_1749) | Same as G-244 | Will redact offense code and dates of birth | Overruled, subject to the government redacting the document. |
| G-261 | Item J: Back of Evidence Envelope Labeled "23-0593: J" (IMG_1750) | None | | |
| G-262 | Item J: Evidence Envelope Labeled "23-0593: J" with Back of Red iPhone (IMG_1751) | Same as G-244 | Will redact offense code and dates of birth | Overruled, subject to the government redacting the document. |
| G-263 | Item J: Evidence Envelope Labeled "23-0593: J" with Front of Red iPhone (IMG_1752) | Same as G-244 | Will redact offense code and dates of birth | Overruled, subject to the government redacting the document. |
| G-264 | Item K: Front of Evidence Envelope Labeled "23-0593: K" (IMG_1753) | Same as G-244 | Will redact offense code and dates of birth | Overruled, subject to the government redacting the document. |
| G-265 | Item K: Back of Evidence Envelope Labeled "23-0593: K" (IMG_1754) | None | | |
| G-266 | Item K: Evidence Envelope Labeled "23-0593: K" with Spent | Same as G-244 | Will redact offense code and dates of birth | Overruled, subject to the government redacting the document. |

| | Round/Fragments (IMG_1755) | | | |
|---|---|---|---|---|

**ATF Reports**

| Exhibit No. | Exhibit Description | Defense Objection | Government Response | Court Ruling |
|---|---|---|---|---|
| G-267 | ROI 001 (ADDISON & HILLIARD) - Case Initiation _REDACTED | Hearsay. | Agreed, Marked for ident. to refresh under FRE 612 | Overruled; because the government has indicated that it will not seek to admit this exhibit, the exhibit may only be used to refresh recollection and for impeachment, but may not otherwise be admitted into evidence. |
| G-268 | ROI 002 (ADDISON & HILLIARD) - 3 Federal SW's for Cellphones | Hearsay. | Agreed, Marked for ident. to refresh under FRE 612 | Overruled; because the government has indicated that it will not seek to admit this exhibit, the exhibit may only be used to refresh recollection and for impeachment, but may not otherwise be admitted into evidence. |
| G-269 | ROI 004 (ADDISON & HILLIARD) - 4 Federal SW's for Facebook  Instagram | Hearsay. | Agreed, Marked for ident. to refresh under FRE 612 | Overruled; because the government has indicated that it will not seek to admit this exhibit, the exhibit may only be used to refresh recollection and for impeachment, but may not otherwise be admitted into evidence. |
| G-270 | ROI 005 (ADDISON & HILLIARD) - | Hearsay. | Agreed, Marked for | Overruled; because the government has |

| | | | | |
|---|---|---|---|---|
| | Firearm and Ammunition Interstate Nexus | | ident. to refresh under FRE 612 | indicated that it will not seek to admit this exhibit, the exhibit may only be used to refresh recollection and for impeachment, but may not otherwise be admitted into evidence. |
| G-271 | ROI 006 (ADDISON & HILLIARD) - 3 Federal SW's for HCSD | Hearsay. | Agreed, Marked for ident. to refresh under FRE 612 | Overruled; because the government has indicated that it will not seek to admit this exhibit, the exhibit may only be used to refresh recollection and for impeachment, but may not otherwise be admitted into evidence. |
| G-272 | ROI 014 (ADDISON et al) - ADDISON Cellphone Review (Rims) | Hearsay. | Agreed, Marked for ident. to refresh under FRE 612 | Overruled; because the government has indicated that it will not seek to admit this exhibit, the exhibit may only be used to refresh recollection and for impeachment, but may not otherwise be admitted into evidence. |
| G-273 | ROI 015 (ADDISON et al) - Pep Boys Video (ADDISON'S Rims) | Hearsay. | Agreed, Marked for ident. to refresh under FRE 612 | Overruled; because the government has indicated that it will not seek to admit this exhibit, the exhibit may only be used to refresh recollection and for impeachment, but may not otherwise be admitted into evidence. |

| G-274 | ROI 016 (ADDISON et al) - Evidence Review at ACPD (RE 04-14-2023 shooting) | Hearsay. | Agreed, Marked for ident. to refresh under FRE 612 | Overruled; because the government has indicated that it will not seek to admit this exhibit, the exhibit may only be used to refresh recollection and for impeachment, but may not otherwise be admitted into evidence. |
|---|---|---|---|---|
| G-275 | ROI 017 (ADDISON et al) - Evidence Review at McGann Chester (RE 05-08-2023 Incident) | Hearsay. | Agreed, Marked for ident. to refresh under FRE 612 | Overruled; because the government has indicated that it will not seek to admit this exhibit, the exhibit may only be used to refresh recollection and for impeachment, but may not otherwise be admitted into evidence. |
| G-276 | ROI 020 (ADDISON et al) - Updated Records from Facebook | Hearsay. | Agreed, Marked for ident. to refresh under FRE 612 | Overruled; because the government has indicated that it will not seek to admit this exhibit, the exhibit may only be used to refresh recollection and for impeachment, but may not otherwise be admitted into evidence. |
| G-277 | ROI 021 (ADDISON et al) - SW for HCDS | Hearsay. | Agreed, Marked for ident. to refresh under FRE 612 | Overruled; because the government has indicated that it will not seek to admit this exhibit, the exhibit may only be used to refresh recollection and for impeachment, but may not otherwise |

| Exhibit No. | Exhibit Description | Defense Objection | Government Response | Court Ruling |
|---|---|---|---|---|
| | | | | be admitted into evidence. |
| G-278 | ROI 027 (ADDISON et al) - PA DOL Query | Hearsay. | Agreed, Marked for ident. to refresh under FRE 612 | Overruled; because the government has indicated that it will not seek to admit this exhibit, the exhibit may only be used to refresh recollection and for impeachment, but may not otherwise be admitted into evidence. |

**Cellular Telephone Reports**

| Exhibit No. | Exhibit Description | Defense Objection | Government Response | Court Ruling |
|---|---|---|---|---|
| G-279 | Rosenberg Report | Hearsay. | Agreed, Marked for ident. to refresh under FRE 612 | Overruled; because the government has indicated that it will not seek to admit this exhibit, the exhibit may only be used to refresh recollection and for impeachment, but may not otherwise be admitted into evidence. |
| G-280 | News Article Visited by Addison on 4-16-23 | FRE 401-403, 404(b). | See Government's Trial Brief (Doc. 112 at pp 63-66) | Overruled in part and sustained in part; subsequent acts can be admissible under Rule 404(b). *United States v. Bergrin*, 682 F.3d 261, n.25 (3d Cir. 2012) (Rule 404(b) says "nothing about whether the act in question is a prior or subsequent act."). This evidence is |

| | | | | |
|---|---|---|---|---|
| | | | | admissible under Rule 404(b) because (1) the government is seeking to introduce this evidence for the non-propensity purpose of showing Mr. Addison's identity as the person who committed the offense at Count Four; (2) internet search history is relevant to showing identity, *United States v. Robinson*, No. 21-2906-CR, 2024 WL 2747143, at *2 (2d Cir. May 29, 2024); the probative value is not substantially outweighed by the danger of unfair prejudice because the evidence is highly relevant to proving Mr. Addison's identity as to Count Four, and the "other act" is not a crime, so the danger of unfair prejudice is low. ***However, references to a school bus must be removed*** pursuant to the Court's ruling in its order on the parties' motions *in limine*. ECF 150. |
| G-281 | Notes (unredacted) | FRE 401-403, 404(b). | This is unredacted version of G-309. | Overruled; because the government has indicated that it will not seek to admit this |

| | | | Government will not seek admission of this exhibit; marked for ID/refresh only. | exhibit, the exhibit may only be used to refresh recollection and for impeachment, but may not otherwise be admitted into evidence. |
|---|---|---|---|---|
| G-282 | Owe Sheet Contacts | FRE 401-403, 404(b). | Rule 401 – makes it more likely "owe sheet" was real given actual contacts associated with it. | Overruled; evidence related to owe sheets is intrinsic as to Counts One and Two because it is evidence of fentanyl distribution.  The probative value is high because the drug ledgers are direct evidence of intent to distribute, and this probative value is not substantially outweighed by the danger of unfair prejudice under Rule 403.

Even if this evidence were not intrinsic, it would still be admissible under Rule 404(b).  Under a Rule 404(b) analysis, the first part of the test is satisfied because the government plans to introduce the evidence for the non-propensity purpose of showing knowledge and intent. *United States v. Jackson*, 619 F. App'x 189, 193 (3d Cir. 2015).  The second |

| | | | | part of the test is satisfied because the evidence is relevant to establishing the elements of Mr. Addison's drug charge. *Id.* (upholding introduction of evidence of "past distribution as relevant to prove knowledge of the same or different drug in a later distribution trial."). As to unfair prejudice under Rule 403, the Court finds no serious undue prejudice here, based on the language of the notes; further, the probative value is not substantially outweighed by the unfair prejudice because if the "evidence is highly probative, even a large risk of unfair prejudice may be tolerable." *United States v. Cross*, 308 F.3d 308, 323 (3d Cir. 2002). *See* ECF 150 (Court's ruling on motions *in limine*. Additionally, this exhibit provides context for the names listed on the owe sheets. |
| G-283 | Search History | FRE 401-403, | Not "other act." | Overruled; |

| | Change Number | 404(b). | Relevant under 401 to explain different phone number at time of Count Four, for Historical Cell Site evidence. | subsequent acts can be admissible under Rule 404(b). *United States v. Bergrin*, 682 F.3d 261, n.25 (3d Cir. 2012) (Rule 404(b) says "nothing about whether the act in question is a prior or subsequent act."). This evidence is admissible under Rule 404(b) because (1) the government is seeking to introduce this evidence for the non-propensity purpose of showing Mr. Addison's identity as the person who committed the offense at Count Four by showing the difference in his telephone numbers as compared to the cell site location data; (2) internet search history is relevant to showing identity, *United States v. Robinson*, No. 21-2906-CR, 2024 WL 2747143, at *2 (2d Cir. May 29, 2024); the probative value is not substantially outweighed by the danger of unfair prejudice because the evidence is highly relevant to explaining Mr. Addison's |

| | | | | different telephone numbers, and the "other act" is not a crime, so the danger of unfair prejudice is low. |
|---|---|---|---|---|
| G-284 | Searched Shooting | FRE 401-403, 404(b). | See Government's Trial Brief (Doc. 112 at pp 63-66) | Overruled; subsequent acts can be admissible under Rule 404(b). *United States v. Bergrin*, 682 F.3d 261, n.25 (3d Cir. 2012) (Rule 404(b) says "nothing about whether the act in question is a prior or subsequent act."). This evidence is admissible under Rule 404(b) because (1) the government is seeking to introduce this evidence for the non-propensity purpose of showing Mr. Addison's identity as the person who committed the offense at Count Four; (2) internet search history is relevant to showing identity, *United States v. Robinson*, No. 21-2906-CR, 2024 WL 2747143, at *2 (2d Cir. May 29, 2024); the probative value is not substantially outweighed by the danger of unfair prejudice because the evidence is highly |

| | | | | relevant to proving Mr. Addison's identity as to Count Four, and the "other act" is not a crime, so the danger of unfair prejudice is low. |
|---|---|---|---|---|
| G-285 | User Accounts | Hearsay. FRE 401-403, 404(b). | Party-Opponent Statement. FRE 801(d)(2); relevant to link Facebook and Instagram account, and to authenticate phone. | Overruled; this exhibit is relevant to show that Mr. Addison controlled certain Facebook and Instagram accounts and to authenticate him as the user of his phone.  This relevance is not substantially outweighed by the danger of unfair prejudice because the danger of prejudice is low—many people have social media accounts.  This is not an "other act" so Rule 404(b) does not apply. |
| G-286 | Web History Shooting | Hearsay. FRE 401-403, 404(b). | See Government's Trial Brief (Doc. 112 at pp 63-66) | Overruled; subsequent acts can be admissible under Rule 404(b).  *United States v. Bergrin*, 682 F.3d 261, n.25 (3d Cir. 2012) (Rule 404(b) says "nothing about whether the act in question is a prior or subsequent act.").  This evidence is admissible under Rule 404(b) because (1) the government is seeking to introduce this |

| | | | | evidence for the non-propensity purpose of showing Mr. Addison's identity as the person who committed the offense at Count Four; (2) internet search history is relevant to showing identity, *United States v. Robinson*, No. 21-2906-CR, 2024 WL 2747143, at *2 (2d Cir. May 29, 2024); the probative value is not substantially outweighed by the danger of unfair prejudice because the evidence is highly relevant to proving Mr. Addison's identity as to Count Four, and the "other act" is not a crime, so the danger of unfair prejudice is low.  This evidence is not hearsay because it is not a statement offered for the truth of the matter.  Additionally, references to a school bus should be removed pursuant to the Court's ruling in its order on the parties' motions *in limine*.  ECF 150. |
| G-287 | Web History with Rims | Hearsay. FRE 401-403, 404(b). | Party-opponent admission | Overruled; this evidence is admissible for the same reasons |

| | | | | |
|---|---|---|---|---|
| | | | (801(d)(2)); Declarant's state of mind (803(3)); Rel. under 401 to explain why rims different between Edgewood Incident and May 8 Incident.  No prejudice under 403.  If 404(b), goes to identification of D as actor in Edgewood. | as the other search history.  This evidence is admissible under Rule 404(b) because (1) the government is seeking to introduce this evidence for the non-propensity purpose of showing Mr. Addison's identity as the person who committed the offense at Count Four; (2) internet search history is relevant to showing identity, *United States v. Robinson*, No. 21-2906-CR, 2024 WL 2747143, at *2 (2d Cir. May 29, 2024); the probative value is not substantially outweighed by the danger of unfair prejudice because the evidence is highly relevant to proving Mr. Addison's identity as to Count Four, and the "other act" is not a crime, so the danger of unfair prejudice is low. |

**Chats**

As to all the chat exhibits (G-288 through G-296), the Court finds that the government has met its burden of authentication.  For a cell phone, the government can meet its slight burden of authentication by showing that a phone was found with the defendant and that the phone's contents suggest that it belongs to the defendant, such as text messages on the phone are addressed to the defendant. *United States v. Lackey*, No. 17-269, 2019 WL 6464656, at *1 (M.D. Pa. Dec. 2, 2019).  Here, the government has proffered evidence showing that the

phone was seized in connection with the May 8 events and that messages on the phone are addressed to Mr. Addison. The Court finds that the government's proffer sufficiently establishes by a preponderance of the evidence that the text messages came from Mr. Addison's phone, and therefore determines that the government's text message exhibits are properly authenticated.

| Exhibit No. | Exhibit Description | Defense Objection | Government Response | Court Ruling |
|---|---|---|---|---|
| G-288 | Chat with 1337 - Drugs and Pep Boys | Hearsay, authenticity, FRE 401-403, 404(b). | FRE 801(d)(2) (Doc. 112 at 73-75). Will be authenticated by competent witness.<br><br>FRE 401-404(b) – See Doc. 112 at 62-63 | Overruled; any messages sent by Mr. Addison are admissible as an opposing party statement under Rule 801(d)(2). The incoming messages are context, questions, or being offered for effect on listener, and not to prove the truth of those assertions. The messages are admissible under Rule 404(b) because they are being offered for the non-propensity purpose of showing Mr. Addison's knowledge and intent to distribute drugs and the probative value is not substantially outweighed by the danger of unfair prejudice. |
| G-289 | Chat with 800 - Drug - Dodge Lincoln | Hearsay, authenticity, FRE 401-403, 404(b). | FRE 801(d)(2) (Doc. 112 at 73-75). Will be authenticated | Overruled; for the reasons stated in the Court's ruling on G-288. |

| | | | by competent witness.<br><br>FRE 401-404(b) – See Doc. 112 at 62-63 | |
|---|---|---|---|---|
| G-290 | Excerpt - Chat with Stephany - Number Changes - Owes Money | Hearsay, authenticity, FRE 401-403, 404(b). | FRE 801(d)(2) (Doc. 112 at 73-75). Will be authenticated by competent witness.<br><br>FRE 401-404(b) – Establishes phone number changed on April 30, 2023, which is relevant to put D at scene of Edgewood shooting (Doc. 112 at 4-5; 10). | Overruled; these messages are admissible under Rule 404(b) because they are being offered for the non-propensity purpose of showing Mr. Addison's identity as the individual involved in the April 14 shooting and the probative value is not substantially outweighed by the danger of unfair prejudice. The messages sent by Mr. Addison are admissible as opposing party statements under Rule 801(d)(2), and the rest of the messages are not being offered for the truth of the matter asserted. |
| G-291 | Excerpt Chat with BM - Family and New Number | Hearsay, authenticity, FRE 401-403, 404(b). | FRE 801(d)(2) (Doc. 112 at 73-75). Will be authenticated | Overruled; these messages are admissible under Rule 404(b) because they are being |

| | | | | |
|---|---|---|---|---|
| | | | by competent witness.<br><br>FRE 401-404(b) – relevant to authenticate D as user of phone; see G-290 (RE phone number change) | offered for the non-propensity purpose of showing Mr. Addison's identity as the owner of the phone and to show that he changed his phone number and the probative value is not substantially outweighed by the danger of unfair prejudice.  The messages sent by Mr. Addison are admissible as opposing party statements under Rule 801(d)(2), and the rest of the messages are not being offered for the truth of the matter asserted. |
| G-292 | Excerpt Chat with Lindsey - Attribution and New Number | Hearsay, authenticity,  FRE 401-403, 404(b). | FRE 801(d)(2) (Doc. 112 at 73-75). Will be authenticated by competent witness.<br><br>FRE 401-404(b) – relevant to authenticate D as user of phone; see G-290 (RE phone number change | Sustained in part and overruled in part.  The message "New number Erik" and the messages showing the photos of Mr. Addison with cash are admissible under Rule 801(d)(2) and Rule 404(b) because they are being offered for the non-propensity purpose of showing Mr. Addison's identity as the owner of the phone and to show that he |

| | | | | changed his phone number and the probative value is not substantially outweighed by the danger of unfair prejudice. However, the rest of the messages are not relevant to this purpose and will be excluded. |
|---|---|---|---|---|
| G-293 | Excerpt Chat with Mommy - Attribution - Number Changes - Used Car for Shooting | Hearsay, authenticity, FRE 401-403, 404(b). | FRE 801(d)(2) (Doc. 112 at 73-75). Will be authenticated by competent witness.<br><br>FRE 401-404(b) – relevant to authenticate D as user of phone; see G-290 (RE phone number change); evid. of defendant's involvement in Count 4. See also Doc. 112 at 21-22; 63-66. | Overruled; these messages are admissible under Rule 404(b) because they are being offered for the non-propensity purpose of showing Mr. Addison's identity as the individual involved in the April 14 shooting and the probative value is not substantially outweighed by the danger of unfair prejudice. The messages sent by Mr. Addison are admissible as opposing party statements under Rule 801(d)(2), and the rest of the messages are not being offered for the truth of the matter asserted. |
| G-294 | Excerpt Chat with | Hearsay, | FRE 801(d)(2) | Sustained in part |

| | | | |
|---|---|---|---|
| | Tayyyla - Attribution and Number Change | authenticity, FRE 401-403, 404(b). | (Doc. 112 at 73-75). Will be authenticated by competent witness.<br><br>FRE 401-404(b) – relevant to authenticate D as user of phone; see G-290 (RE phone number change) | and overruled in part. The message "New number Erik" and the messages showing the photos of Mr. Addison with cash are admissible under Rule 801(d)(2) and Rule 404(b) because they are being offered for the non-propensity purpose of showing Mr. Addison's identity as the owner of the phone and to show that he changed his phone number and the probative value is not substantially outweighed by the danger of unfair prejudice. However, the rest of the messages are not relevant to this purpose and will be excluded. |
| G-295 | Group Chat - Just Bought Infinity | Hearsay, authenticity, FRE 401-403, 404(b). | FRE 801(d)(2) (Doc. 112 at 73-75). Will be authenticated by competent witness.<br><br>FRE 401-404(b) – relevant to authenticate D as user of | Overruled in part and sustained in part; the page containing the message "I just bought a infinity" is admissible under Rule 801(d)(2) and admissible under Rule 404(b) because it is being offered for the non-propensity purpose |

| | | | | |
|---|---|---|---|---|
| | | | phone; see G-290 (RE phone number change); relevant to show D had Infiniti at time of Edgewood shooting | of showing Mr. Addison's identity as the individual involved in the April 14 shooting and the probative value is not substantially outweighed by the danger of unfair prejudice. However, the rest of the messages are not relevant to this purpose and will be excluded. |
| G-296 | Shaneeka - Attribution | Hearsay, authenticity, FRE 401-403, 404(b). | FRE 801(d)(2) (Doc. 112 at 73-75). Will be authenticated by competent witness.<br><br>FRE 401-404(b) – relevant to authenticate D as user of phone | Overruled in part and sustained in part; the message "Lil E from hazel wood how old are you? I am 43 grown woman status" is admissible because it is not being offered for the truth of the matter asserted. The message "I'm 26" is admissible under Rule 801(d)(2) and admissible under Rule 404(b) because it is being offered for the non-propensity purpose of showing Mr. Addison's identity as owner of the phone and the probative value is not substantially |

| | | | | outweighed by the danger of unfair prejudice.  However, the rest of the messages are not relevant to this purpose and will be excluded. |

**Carwash Video**

| Exhibit No. | Exhibit Description | Defense Objection | Government Response | Court Ruling |
|---|---|---|---|---|
| G-297 | Car Wash Video from Extraction Report | Authenticity,  FRE 401-403, 404(b). | Will be authenticated by competent witness.<br><br>See Doc. 112 at 42-45 | Overruled subject to the government's authentication at trial; this video is admissible for the reasons discussed in the Court's ruling in its order on the parties' motions *in limine*. ECF 150. |
| G-298 | Carwash Video - Data and Still.pptx | Authenticity, FRE 401-403, 404(b), Addison not in still depicting firearm. | Will be authenticated by competent witness.<br><br>See Doc. 112 at 42-45 | Overruled subject to the government's authentication at trial; this video is admissible for the reasons discussed in the Court's ruling in its order on the parties' motions *in limine*. ECF 150. |
| G-299 | Video of Addison Sitting in Car with Gun (IMG_0672) | Authenticity,  FRE 401-403, 404(b), Addison not in portion of video depicting firearm. | Will be authenticated by competent witness.<br><br>See Doc. 112 at 42-45 | Overruled subject to the government's authentication at trial; this video is admissible for the reasons discussed in the Court's ruling in its order on the parties' motions *in* |

| Exhibit No. | Exhibit Description | Defense Objection | Government Response | Court Ruling |
|---|---|---|---|---|
| | | | | *limine*. ECF 150. |
| G-300 | Still Image - Addison's Face - 1 | Authenticity, FRE 401-403, 404(b). | Will be authenticated by competent witness.<br><br>See Doc. 112 at 42-45 | Overruled subject to the government's authentication at trial; this image is admissible for the reasons discussed in the Court's ruling in its order on the parties' motions *in limine*. ECF 150. |
| G-301 | Still Image - Addison's face - 2 | Authenticity, FRE 401-403, 404(b). | Will be authenticated by competent witness.<br><br>See Doc. 112 at 42-45 | Overruled subject to the government's authentication at trial; this image is admissible for the reasons discussed in the Court's ruling in its order on the parties' motions *in limine*. ECF 150. |
| G-302 | Still Image - Gun | Authenticity, FRE 401-403, 404(b), Addison not in still depicting firearm. | Will be authenticated by competent witness.<br><br>See Doc. 112 at 42-45 | Overruled subject to the government's authentication at trial; this image is admissible for the reasons discussed in the Court's ruling in its order on the parties' motions *in limine*. ECF 150. |

**Money Video**

| Exhibit No. | Exhibit Description | Defense Objection | Government Response | Court Ruling |
|---|---|---|---|---|
| G-303 | Videos from Extraction Report | Authenticity, hearsay, FRE 401-403, 404(b). | Will be authenticated by competent witness. | Overruled subject to government's authentication at trial. The probative value of this exhibit is not substantially |

| | | | | outweighed by the danger of unfair prejudice because this exhibit (as well as the other videos and images that show Mr. Addison holding large amounts of cash) are relevant to his drug trafficking. "[P]ossession of large amounts of cash with evidence of narcotics trafficking is generally relevant and admissible." *United States v. Cooley*, 131 F. App'x 881, 883 (3d Cir. 2005). And this type of evidence is routinely admitted. *United States v. Chandler*, 326 F.3d 210, 215 (3d Cir. 2003). This evidence is also admissible under Rule 404(b) for the reasons stated in the Court's ruling in its order on the parties' motions *in limine*. ECF 150. |
| G-304 | Money Video - Data and Still.pptx | Authenticity, FRE 401-403, 404(b). | Will be authenticated by competent witness.  Evid. of unexplained wealth. (Doc. 112 at 37-39). | Overruled subject to government's authentication at trial. The probative value of this exhibit is not substantially outweighed by the danger of unfair prejudice because this |

| | | | Evid. to authenticate D as user of phone. | exhibit (as well as the other videos and images that show Mr. Addison holding large amounts of cash) are relevant to his drug trafficking. "[P]ossession of large amounts of cash with evidence of narcotics trafficking is generally relevant and admissible." *United States v. Cooley*, 131 F. App'x 881, 883 (3d Cir. 2005).  And this type of evidence is routinely admitted. *United States v. Chandler*, 326 F.3d 210, 215 (3d Cir. 2003).  This evidence is also admissible under Rule 404(b) for the reasons stated in the Court's ruling in its order on the parties' motions *in limine*.  ECF 150. |
|---|---|---|---|---|
| G-305 | Video of Addison with Money (IMG_0755) | Authenticity, hearsay, FRE 401-403, 404(b). | Same as G-304; any statements not being offered for truth of matter asserted. | Overruled in part and sustained in part, subject to government's authentication at trial.  The probative value of this exhibit is not substantially outweighed by the danger of unfair prejudice because this exhibit (as well as the |

| | | | | other videos and images that show Mr. Addison holding large amounts of cash) are relevant to his drug trafficking. "[P]ossession of large amounts of cash with evidence of narcotics trafficking is generally relevant and admissible." *United States v. Cooley*, 131 F. App'x 881, 883 (3d Cir. 2005). And this type of evidence is routinely admitted. *United States v. Chandler*, 326 F.3d 210, 215 (3d Cir. 2003). This evidence is also admissible under Rule 404(b) for the reasons stated in the Court's ruling in its order on the parties' motions *in limine*. ECF 150. ***However, the Court finds that for a portion of this exhibit, the potential for unfair prejudice substantially outweighs the probative value.*** Once another individual enters the video approximately nine seconds in, the |
|---|---|---|---|---|

| | | | | video's relevance significantly decreases because it is no longer solely portraying Mr. Addison showing money to the camera. The prejudice appears high because to the Court's ear and eye, one other individual appears to be saying "gang" and flashing something that could be construed as a gang symbol. The government must shorten this video such that only the portion of the video showing Mr. Addison showing money to the camera is shown to the jury. This also resolves Mr. Addison's hearsay objection because any spoken words (other than "yeah," which is not a statement offered for the truth of the matter) occur after the other individuals enter the video. |
| G-306 | Still Image - Addison Holding Money - 1 | Authenticity, FRE 401-403, 404(b). | Same as G-304 | Overruled subject to government's authentication at trial. The probative value of this exhibit is not substantially outweighed by the danger of unfair |

| | | | | prejudice because this exhibit (as well as the other videos and images that show Mr. Addison holding large amounts of cash) are relevant to his drug trafficking. "[P]ossession of large amounts of cash with evidence of narcotics trafficking is generally relevant and admissible." *United States v. Cooley*, 131 F. App'x 881, 883 (3d Cir. 2005). And this type of evidence is routinely admitted. *United States v. Chandler*, 326 F.3d 210, 215 (3d Cir. 2003). This evidence is also admissible under Rule 404(b) for the reasons stated in the Court's ruling in its order on the parties' motions *in limine*. ECF 150. |
|---|---|---|---|---|
| G-307 | Still Image - Addison Holding Money - 2 | Authenticity, FRE 401-403, 404(b). | Same as G-304 | Overruled subject to government's authentication at trial. The probative value of this exhibit is not substantially outweighed by the danger of unfair prejudice because this exhibit (as well as the other videos and |

| | | | | images that show Mr. Addison holding large amounts of cash) are relevant to his drug trafficking. "[P]ossession of large amounts of cash with evidence of narcotics trafficking is generally relevant and admissible." *United States v. Cooley*, 131 F. App'x 881, 883 (3d Cir. 2005).  And this type of evidence is routinely admitted. *United States v. Chandler*, 326 F.3d 210, 215 (3d Cir. 2003).  This evidence is also admissible under Rule 404(b) for the reasons stated in the Court's ruling in its order on the parties' motions *in limine*.  ECF 150. |
| G-308 | Still Image - Addison Holding Money - 3 | Authenticity, FRE 401-403, 404(b). | Same as G-304 | Overruled subject to government's authentication at trial.  The probative value of this exhibit is not substantially outweighed by the danger of unfair prejudice because this exhibit (as well as the other videos and images that show Mr. Addison holding large amounts of cash) are |

| | | | | relevant to his drug trafficking. "[P]ossession of large amounts of cash with evidence of narcotics trafficking is generally relevant and admissible." *United States v. Cooley*, 131 F. App'x 881, 883 (3d Cir. 2005).  And this type of evidence is routinely admitted. *United States v. Chandler*, 326 F.3d 210, 215 (3d Cir. 2003).  This evidence is also admissible under Rule 404(b) for the reasons stated in the Court's ruling in its order on the parties' motions *in limine*.  ECF 150. |

**Notes**

| Exhibit No. | Exhibit Description | Defense Objection | Government Response | Court Ruling |
|---|---|---|---|---|
| G-309 | Notes - Final to Mark | Authenticity, hearsay, FRE 401-403, 404(b). | FRE 801(d)(2). (Doc. 112 at 73-75); See Government's Trial Brief (Doc. 112 at pp 45-63) | Overruled subject to government's authentication at trial.  Under a Rule 404(b) analysis, the first part of the test is satisfied because the government plans to introduce the evidence for the non-propensity purpose of showing knowledge and intent. |

| | | | | *United States v. Jackson*, 619 F. App'x 189, 193 (3d Cir. 2015).  The second part of the test is satisfied because the evidence is relevant to establishing Mr. Addison's knowledge of drug trafficking and intent to engage in drug trafficking, and Mr. Addison's knowledge of the Glock switch and that it enables a firearm to fire fully automatically.  As to unfair prejudice under Rule 403, for the same reasons that apply to the drug notes and owe sheets, the Court finds that the probative value is not substantially outweighed by the unfair prejudice because the evidence is highly probative and any risk of unfair prejudice is minimal. As to unfair prejudice under Rule 403, the Court finds no serious undue prejudice here, based on the language of the notes; further, the probative value is not substantially outweighed by the unfair prejudice |
|---|---|---|---|---|

| | | | | because if the "evidence is highly probative, even a large risk of unfair prejudice may be tolerable." *United States v. Cross*, 308 F.3d 308, 323 (3d Cir. 2002). **One exception is the note that has the phrase "BOP but no federal counting list." That phrase must be redacted because it could refer to Mr. Addison serving time in prison.** *See* ECF 150. As to hearsay, the statements are admissible as an opposing party statement under Rule 801(d)(2). |
|---|---|---|---|---|

**Images**

| Exhibit No. | Exhibit Description | Defense Objection | Government Response | Court Ruling |
|---|---|---|---|---|
| G-310 | Image - Addison - Cash 1 | Authenticity, FRE 401-403, 404(b). | Will be authenticated by competent witness.<br><br>Doc. 112 at 37-39. | Overruled subject to government's authentication at trial. The probative value of this exhibit is not substantially outweighed by the danger of unfair prejudice because this exhibit (as well as the other videos and |

| | | | | |
|---|---|---|---|---|
| | | | | images that show Mr. Addison holding large amounts of cash) are relevant to his drug trafficking. "[P]ossession of large amounts of cash with evidence of narcotics trafficking is generally relevant and admissible." *United States v. Cooley*, 131 F. App'x 881, 883 (3d Cir. 2005). And this type of evidence is routinely admitted. *United States v. Chandler*, 326 F.3d 210, 215 (3d Cir. 2003). This evidence is also admissible under Rule 404(b) for the reasons stated in the Court's ruling in its order on the parties' motions *in limine*. ECF 150. |
| G-311 | Image - Addison - Cash 2 | Authenticity, FRE 401-403, 404(b). | See G-310. | Overruled subject to government's authentication at trial. The probative value of this exhibit is not substantially outweighed by the danger of unfair prejudice because this exhibit (as well as the other videos and images that show Mr. Addison holding large amounts of cash) are |

| | | | | |
|---|---|---|---|---|
| | | | | relevant to his drug trafficking. "[P]ossession of large amounts of cash with evidence of narcotics trafficking is generally relevant and admissible." *United States v. Cooley*, 131 F. App'x 881, 883 (3d Cir. 2005). And this type of evidence is routinely admitted. *United States v. Chandler*, 326 F.3d 210, 215 (3d Cir. 2003). This evidence is also admissible under Rule 404(b) for the reasons stated in the Court's ruling in its order on the parties' motions *in limine*. ECF 150. |
| G-312 | Image - Addison - Cash in Kitchen | Authenticity, FRE 401-403, 404(b). | See G-310. | Overruled subject to government's authentication at trial. The probative value of this exhibit is not substantially outweighed by the danger of unfair prejudice because this exhibit (as well as the other videos and images that show Mr. Addison holding large amounts of cash) are relevant to his drug trafficking. "[P]ossession of large |

| | | | | |
|---|---|---|---|---|
| | | | | amounts of cash with evidence of narcotics trafficking is generally relevant and admissible." *United States v. Cooley*, 131 F. App'x 881, 883 (3d Cir. 2005).  And this type of evidence is routinely admitted.  *United States v. Chandler*, 326 F.3d 210, 215 (3d Cir. 2003).  This evidence is also admissible under Rule 404(b) for the reasons stated in the Court's ruling in its order on the parties' motions *in limine*.  ECF 150. |
| G-313 | Image - Addison and Cash - 1-29-23 | Authenticity, FRE 401-403, 404(b). | See G-310. | Overruled subject to government's authentication at trial.  The probative value of this exhibit is not substantially outweighed by the danger of unfair prejudice because this exhibit (as well as the other videos and images that show Mr. Addison holding large amounts of cash) are relevant to his drug trafficking.  "[P]ossession of large amounts of cash with evidence of narcotics trafficking is |

| | | | | |
|---|---|---|---|---|
| | | | | generally relevant and admissible." *United States v. Cooley*, 131 F. App'x 881, 883 (3d Cir. 2005).  And this type of evidence is routinely admitted. *United States v. Chandler*, 326 F.3d 210, 215 (3d Cir. 2003).  This evidence is also admissible under Rule 404(b) for the reasons stated in the Court's ruling in its order on the parties' motions *in limine*.  ECF 150. |
| G-314 | Image - Addison and Cash on Sidewalk - 4-11-23 | Authenticity, FRE 401-403, 404(b). | See G-310. | Overruled subject to government's authentication at trial.  The probative value of this exhibit is not substantially outweighed by the danger of unfair prejudice because this exhibit (as well as the other videos and images that show Mr. Addison holding large amounts of cash) are relevant to his drug trafficking.  "[P]ossession of large amounts of cash with evidence of narcotics trafficking is generally relevant and admissible." *United States v.* |

| | | | | |
|---|---|---|---|---|
| | | | | *Cooley*, 131 F. App'x 881, 883 (3d Cir. 2005). And this type of evidence is routinely admitted. *United States v. Chandler*, 326 F.3d 210, 215 (3d Cir. 2003). This evidence is also admissible under Rule 404(b) for the reasons stated in the Court's ruling in its order on the parties' motions *in limine*. ECF 150. |
| G-315 | Image - Cash - 1-22-23 | Authenticity, FRE 401-403, 404(b). | See G-310. | Overruled subject to government's authentication at trial. The probative value of this exhibit is not substantially outweighed by the danger of unfair prejudice because this exhibit (as well as the other videos and images that show Mr. Addison holding large amounts of cash) are relevant to his drug trafficking. "[P]ossession of large amounts of cash with evidence of narcotics trafficking is generally relevant and admissible." *United States v. Cooley*, 131 F. App'x 881, 883 (3d Cir. 2005). And this type |

| | | | | |
|---|---|---|---|---|
| | | | | of evidence is routinely admitted. *United States v. Chandler*, 326 F.3d 210, 215 (3d Cir. 2003).  This evidence is also admissible under Rule 404(b) for the reasons stated in the Court's ruling in its order on the parties' motions *in limine*.  ECF 150. |
| G-316 | Image - Cash 6 - 1-7-23 | Authenticity, FRE 401-403, 404(b). | See G-310. | Overruled subject to government's authentication at trial.  The probative value of this exhibit is not substantially outweighed by the danger of unfair prejudice because this exhibit (as well as the other videos and images that show Mr. Addison holding large amounts of cash) are relevant to his drug trafficking.  "[P]ossession of large amounts of cash with evidence of narcotics trafficking is generally relevant and admissible." *United States v. Cooley*, 131 F. App'x 881, 883 (3d Cir. 2005).  And this type of evidence is routinely admitted. *United States v.* |

| | | | | |
|---|---|---|---|---|
| | | | | *Chandler*, 326 F.3d 210, 215 (3d Cir. 2003).  This evidence is also admissible under Rule 404(b) for the reasons stated in the Court's ruling in its order on the parties' motions *in limine*.  ECF 150. |
| G-317 | Image - Cash in Kitchen - 4-14-23 | Authenticity, FRE 401-403, 404(b). | See G-310. | Overruled subject to government's authentication at trial.  The probative value of this exhibit is not substantially outweighed by the danger of unfair prejudice because this exhibit (as well as the other videos and images that show Mr. Addison holding large amounts of cash) are relevant to his drug trafficking.  "[P]ossession of large amounts of cash with evidence of narcotics trafficking is generally relevant and admissible." *United States v. Cooley*, 131 F. App'x 881, 883 (3d Cir. 2005).  And this type of evidence is routinely admitted. *United States v. Chandler*, 326 F.3d 210, 215 (3d Cir. 2003).  This evidence |

| | | | | is also admissible under Rule 404(b) for the reasons stated in the Court's ruling in its order on the parties' motions *in limine*. ECF 150. |
|---|---|---|---|---|
| G-318 | Image - Cash in Restaurant - 2-13-23 | Authenticity, FRE 401-403, 404(b). | See G-310. | Overruled subject to government's authentication at trial. The probative value of this exhibit is not substantially outweighed by the danger of unfair prejudice because this exhibit (as well as the other videos and images that show Mr. Addison holding large amounts of cash) are relevant to his drug trafficking. "[P]ossession of large amounts of cash with evidence of narcotics trafficking is generally relevant and admissible." *United States v. Cooley*, 131 F. App'x 881, 883 (3d Cir. 2005). And this type of evidence is routinely admitted. *United States v. Chandler*, 326 F.3d 210, 215 (3d Cir. 2003). This evidence is also admissible under Rule 404(b) for the reasons stated in |

| | | | | |
|---|---|---|---|---|
| | | | | the Court's ruling in its order on the parties' motions *in limine*.  ECF 150. |
| G-319 | Image - Glock and Cash - 1-12-23 | Authenticity, FRE 401-403, 404(b), depicts unidentified person. | See G-310.  Evid. of prior possession of Glock pistol.  *See* Doc. 112 at 31-33; 36-37.[2] | Overruled subject to government's authentication at trial.  Under a Rule 404(b) analysis, the first part of the test is satisfied because the government plans to introduce the evidence for the non-propensity purpose of showing knowledge and intent.  *United States v. Jackson*, 619 F. App'x 189, 193 (3d Cir. 2015).  The second part of the test is satisfied because the evidence is relevant to establishing Mr. Addison's knowledge of the Glock switch and that it enables a firearm to fire fully automatically.  As to unfair prejudice under Rule 403, for the same reasons that apply to the drug notes and owe sheets, the Court finds that the probative value is not substantially outweighed by the |

---

[2] This image is also admissible to establish the defendant's knowledge of what a Glock pistol should look like, which is then evidence that he was aware of the Glock switch installed on the pistol being a deviation from the standard Glock pistol.  As such, it makes it more likely he knew the nature of the weapon he possessed on May 8.

unfair prejudice because the evidence is highly probative and any risk of unfair prejudice is minimal. Additionally, "in cases where a defendant is charged with unlawful possession of something, evidence that he possessed the same or similar things at other times is often quite relevant to his knowledge and intent with regard to the crime charged." *United States v. Cassell*, 292 F.3d 788, 793 (D.C. Cir. 2002) (upholding district court's admission of prior firearm possession); *United States v. Williams*, No. 07-5, 2008 WL 4921225, at *2 (W.D. Pa. Nov. 14, 2008) (Gibson, J.) (finding photographs of defendant holding firearms admissible to show knowledge).  As to the "unknown individual" objection, this goes to the weight of the evidence and not its admissibility because the government plans to introduce evidence at trial that this image

| | | | | |
|---|---|---|---|---|
| | | | | came from Mr. Addison's phone, which makes it likely that Mr. Addison is the individual in the image. |
| G-320 | Image - Glock and Mag - 2-13-23 | Authenticity, FRE 401-403, 404(b), depicts unidentified person. | See G-310 and G-319. | Overruled subject to government's authentication at trial. Under a Rule 404(b) analysis, the first part of the test is satisfied because the government plans to introduce the evidence for the non-propensity purpose of showing knowledge and intent. *United States v. Jackson*, 619 F. App'x 189, 193 (3d Cir. 2015). The second part of the test is satisfied because the evidence is relevant to establishing Mr. Addison's knowledge of the Glock switch and that it enables a firearm to fire fully automatically. As to unfair prejudice under Rule 403, for the same reasons that apply to the drug notes and owe sheets, the Court finds that the probative value is not substantially outweighed by the unfair prejudice because the evidence |

|  |  |  |  | is highly probative and any risk of unfair prejudice is minimal. Additionally, "in cases where a defendant is charged with unlawful possession of something, evidence that he possessed the same or similar things at other times is often quite relevant to his knowledge and intent with regard to the crime charged." *United States v. Cassell*, 292 F.3d 788, 793 (D.C. Cir. 2002) (upholding district court's admission of prior firearm possession); *United States v. Williams*, No. 07-5, 2008 WL 4921225, at *2 (W.D. Pa. Nov. 14, 2008) (Gibson, J.) (finding photographs of defendant holding firearms admissible to show knowledge). As to the "unknown individual" objection, this goes to the weight of the evidence and not its admissibility because the government plans to introduce evidence at trial that this image came from Mr. Addison's phone, |

| | | | | which makes it likely that Mr. Addison is the individual in the image. |
|---|---|---|---|---|
| G-321 | Image - Owe Sheet | Authenticity, hearsay, FRE 401-403, 404(b). | Doc. 112 at 45-48. | Overruled for the reasons stated in the Court's ruling in its order on the parties' motions *in limine*. ECF 150. |
| G-322 | Image - Selfie - 3-6-23 | Authenticity, FRE 401-403, 404(b). | See G-310. Admissible to authenticate defendant as user of phone. | Overruled; this photo is not an "other act" under Rule 404(b). It is admissible to authenticate Mr. Addison as the user of his cell phone. |
| G-323 | Image - Selfie - 5-2-23 | Authenticity, FRE 401-403, 404(b). | See G-310 and G-323. | Overruled; this photo is not an "other act" under Rule 404(b). It is admissible to authenticate Mr. Addison as the user of his cell phone. |
| G-324 | Image - Vacuum Sealed Cash - 1-15-23 | Authenticity, FRE 401-403, 404(b). | See G-310. | Overruled; the probative value of this exhibit is not substantially outweighed by the danger of unfair prejudice because this exhibit (as well as the other videos and images that show Mr. Addison holding large amounts of cash) are relevant to his drug trafficking. "[P]ossession of large amounts of cash with evidence of narcotics trafficking is |

| | | | | |
|---|---|---|---|---|
| | | | | generally relevant and admissible." *United States v. Cooley*, 131 F. App'x 881, 883 (3d Cir. 2005).  And this type of evidence is routinely admitted. *United States v. Chandler*, 326 F.3d 210, 215 (3d Cir. 2003).  This evidence is also admissible under Rule 404(b) for the reasons stated in the Court's ruling in its order on the parties' motions *in limine*.  ECF 150. |
| G-325 | Image - Vacuum Sealed Cash with Caption | Authenticity, hearsay, FRE 401-403, 404(b). | See G-310; party opponent admission (Rule 801(d)(2)). | Overruled; the probative value of this exhibit is not substantially outweighed by the danger of unfair prejudice because this exhibit (as well as the other videos and images that show Mr. Addison holding large amounts of cash) are relevant to his drug trafficking.  "[P]ossession of large amounts of cash with evidence of narcotics trafficking is generally relevant and admissible." *United States v. Cooley*, 131 F. App'x 881, 883 (3d Cir. |

| | | | | 2005).  And this type of evidence is routinely admitted. *United States v. Chandler*, 326 F.3d 210, 215 (3d Cir. 2003).  This evidence is also admissible under Rule 404(b) for the reasons stated in the Court's ruling in its order on the parties' motions *in limine*.  ECF 150.  The statement is admissible under 801(d)(2). |
|---|---|---|---|---|

**Stamp Bag Reports**

| Exhibit No. | Exhibit Description | Defense Objection | Government Response | Court Ruling |
|---|---|---|---|---|
| G-326 | 23LAB01980_Report1 - ACOME - Audi | Hearsay. Fed. R. Evid. 401-403, 404(b). | Marked for identification purposes only; basis for expert opinion (FRE 703). | Sustained. |
| G-327 | 23LAB02761_Report 1 - ACOME - Audi | Hearsay. Fed. R. Evid. 401-403, 404(b). | See G-326 | Sustained. |
| G-328 | 23LAB03155_Report 1 - ACOME - Audi | Hearsay. Fed. R. Evid. 401-403, 404(b). | See G-326 | Sustained. |
| G-329 | 23LAB03164_Report 1 - ACOME - Dodge and Audi | Hearsay. Fed. R. Evid. 401-403, 404(b). | See G-326 | Sustained. |
| G-330 | 23LAB03482_Report 1 - ACOME - Dodge and Audi | Hearsay. Fed. R. Evid, 401-403, 404(b). | See G-326 | Sustained. |
| G-331 | Audi - 05.05.2023 - | Hearsay. Fed. | See G-326 | Sustained. |

| | ODIN | R. Evid. 401-403, 404(b). | | |
|---|---|---|---|---|
| G-332 | Chrysler - 05.21.2023 - ODIN | Hearsay. Fed. R. Evid. 401-403, 404(b). | See G-326 | Sustained. |
| G-333 | Dodge - 01.14.2024 - ODIN | Hearsay. Fed. R. Evid. 401-403, 404(b). | See G-326 | Sustained. |
| G-334 | Dodge - 09.13.2024 - ODIN | Hearsay. Fed. R. Evid. 401-403, 404(b). | See G-326 | Sustained. |
| G-335 | Dodge - 12.13.2023 - ODIN | Hearsay. Fed. R. Evid. 401-403, 404(b). | See G-326 | Sustained. |
| G-336 | Lincoln - 01.27.2020 - ODIN | Hearsay. Fed. R. Evid. 401-403, 404(b). | See G-326 | Sustained. |

**Social Media Records**

| Exhibit No. | Exhibit Description | Defense Objection | Government Response | Court Ruling |
|---|---|---|---|---|
| G-337 | Addison - Facebook Certification | Hearsay | Self-authenticating business record. FRE 803(6) and 902(11). Doc. 112 at 69-73. | Overruled; self-authenticating under Rule 902(11). |
| G-338 | Addison - Instagram Certification | Hearsay | See G-337 | Overruled; self-authenticating under Rule 902(11). |
| G-339 | Facebook Account Information | Hearsay | See G-337 | Overruled; self-authenticating under Rule 902(11). |
| G-340 | Instagram Account Information | Hearsay | See G-337 | Overruled; self-authenticating under Rule 902(11). |

**YouTube**

| Exhibit No. | Exhibit Description | Defense Objection | Government Response | Court Ruling |
|---|---|---|---|---|
| G-341 | "No Witness" - Clip | Hearsay. Fed. R. Evid. 401-403, 404(b). | Government is not seeking admission of this video. | Sustained. |
| G-342 | Transcript for "No Witness" - Clip | Transcript unreliable. Hearsay. Fed. R. Evid. 401-403, 404(b). | Government is not seeking admission of G-341 or G-341. | Sustained. |

**Facebook – Selected Pictures**

| Exhibit No. | Exhibit Description | Defense Objection | Government Response | Court Ruling |
|---|---|---|---|---|
| G-343 | Meta Information (photos_ 112400588427229 - w upload data) | Authenticity. Hearsay. FRE 401-403, 404(b). | FRE 803(6) and 902(11) and (12)  – *see* Doc. 112 at 69-73.<br><br>Doc. 112 at 37-39. | Overruled.  While social media posts are not self-authenticating business records, the government may authenticate records from social media by showing "sufficient extrinsic evidence" to authenticate them. *United States v. Browne*, 834 F.3d 403, 409-12 (3d Cir. 2016).  Images and videos from social media accounts can be properly authenticated if the details of the account match the defendant and the images or videos are accurate representations of the scene depicted. *Id.*; *United States v.* |

|  |  |  |  | *Farrad*, 895 F.3d 859, 877-78 (6th Cir. 2018).  Here, the government has met its burden of authentication by proffering evidence that Mr. Addison controlled the social media accounts at issue.<br><br>As to Mr. Addison's relevance and Rule 404(b) objection, probative value of this exhibit is not substantially outweighed by the danger of unfair prejudice because this exhibit (as well as the other videos and images that show Mr. Addison holding large amounts of cash) are relevant to his drug trafficking. "[P]ossession of large amounts of cash with evidence of narcotics trafficking is generally relevant and admissible." *United States v. Cooley*, 131 F. App'x 881, 883 (3d Cir. 2005).  And this type of evidence is routinely admitted. *United States v. Chandler*, 326 F.3d |

| | | | | 210, 215 (3d Cir. 2003). This evidence is also admissible under Rule 404(b) for the reasons stated in the Court's ruling in its order on the parties' motions *in limine*. ECF 150.<br><br>As to Mr. Addison's hearsay objection, the Court can discern no implied assertion. |
|---|---|---|---|---|
| G-344 | Addison Sitting on Floor with Cash (photos_ 112400588427229) | Authenticity. Hearsay. FRE 401-403, 404(b). | See G-343.<br><br>(not hearsay – no statement or assertion). | Overruled; for the reasons stated in the Court's ruling on G-343. |
| G-345 | Meta Information (photos-1628469 series - w upload data) | Authenticity. Hearsay. FRE 401-403, 404(b). | Marked for identification purposes only. | Overruled; without prejudice to renewing if government moves to admit at trial. |
| G-346 | Meta Report (photos-1628469 series - w upload data_Redacted) | Authenticity. Hearsay. FRE 401-403, 404(b). | See G-343.<br><br>Also authenticates Addison as user. | Overruled; for the reasons stated in the Court's ruling on G-343. Additionally, the images of Mr. Addison without cash are relevant to authenticate him as the user of the Facebook account. |
| G-347 | Addison Standing in Kitchen Holding Stack of Cash (photos_ 162846910049263) | Authenticity. FRE 401-403, 404(b). | See G-343 | Overruled; for the reasons stated in the Court's ruling on G-343. |
| G-348 | Addison Standing in Kitchen with | Authenticity. FRE 401-403, | See G-343 | Overruled; for the reasons stated in the |

| Exhibit No. | Exhibit Description | Defense Objection | Government Response | Court Ruling |
|---|---|---|---|---|
|  | Facemask Pointing Cash (photos_ 162846913382596) | 404(b). |  | Court's ruling on G-343. |
| G-349 | Group Standing Around Table with Stacks of Cash (photos_ 162846916715929) | Authenticity. FRE 401-403, 404(b). | See G-343 | Overruled; for the reasons stated in the Court's ruling on G-343 and G-346. |
| G-350 | Addison Holding Cash in Kitchen with Another Individual (photos_ 162846920049262) | Authenticity. FRE 401-403, 404(b). | See G-343 | Overruled; for the reasons stated in the Court's ruling on G-343 and G-346. |
| G-351 | Meta Information (photos_ 16594 series w upload data) | Authenticity. Hearsay. FRE 401-403, 404(b). | Marked for identification purposes only. | Overruled; without prejudice to renewing if government moves to admit at trial. |
| G-352 | Meta Report (photos_ 16594 series w upload data_ Redacted) | Authenticity. Hearsay. FRE 401-403, 404(b). | See G-343; See also Doc. 112 at 39-42. | Overruled; for the reasons stated in the Court's ruling on G-343. |
| G-353 | Addison Outside Holding Cash -1 (photos_ 165947139739240) | Authenticity. FRE 401-403, 404(b). | See G-343 | Overruled; for the reasons stated in the Court's ruling on G-343. |
| G-354 | Two Individuals Covering Faces with Cash (photos_ 165947143072573) | Authenticity. FRE 401-403, 404(b). | See G-343 | Overruled; for the reasons stated in the Court's ruling on G-343. |
| G-355 | Addison Outside Holding Cash -2 (photos_ 165947146405906) | Authenticity. FRE 401-403, 404(b). | See G-343 | Overruled; for the reasons stated in the Court's ruling on G-343. |

**Facebook – Selected Videos**

| Exhibit No. | Exhibit Description | Defense Objection | Government Response | Court Ruling |
|---|---|---|---|---|
| G-356 | Meta Information (shares_ 175171264931475 - data and still) | Authenticity. Hearsay. FRE 401-403, 404(b). | Authen. - FRE 803(6)/902(11) (See Doc. 112 at 69-73). | Overruled; exhibits G-356 through G-358 are social media records showing that |

| | | | | Hearsay – FRE 801(d)(2). | Mr. Addison posted the "no witness" video on Facebook and Instagram. The "no witness" video and related records are admissible for the reasons stated in the Court's ruling in its order on the parties' motions *in limine*. ECF 150. |
| | | | | FRE 401-404(b): See Doc. 112 at 26-37. | As to Mr. Addison's hearsay objection, any statements he made in connection with posting the video are admissible under Rule 801(d)(2). As to Mr. Addison's authenticity objection, while social media posts are not self-authenticating business records, the government may authenticate records from social media by showing "sufficient extrinsic evidence" to authenticate them. *United States v. Browne*, 834 F.3d 403, 409-12 (3d Cir. 2016). Images and videos from social media accounts can be properly authenticated if the details of the account |

| | | | | match the defendant and the images or videos are accurate representations of the scene depicted. *Id.*; *United States v. Farrad*, 895 F.3d 859, 877-78 (6th Cir. 2018). Here, the government has met its burden of authentication by proffering evidence that Mr. Addison controlled the social media accounts at issue. |
|---|---|---|---|---|
| G-357 | Meta Report (shares_ 175171264931475 - upload data) | Authenticity. Hearsay. FRE 401-403, 404(b). | See G-356 | Overruled; for the reasons stated in the Court's ruling on G-356. |
| G-358 | Music Video (shares_ 175171264931475 - CLIP) | Authenticity. Hearsay. FRE 401-403, 404(b). | See G-356 | Overruled; for the reasons stated in the Court's ruling on G-356. |
| G-359 | Transcript of Music Video (shares_ 175171264931475 - transcript - CLIP) | Transcript unreliable. Authenticity. Hearsay. FRE 401-403, 404(b). | See G-356; Not seeking admission of transcript as substantive evidence; demonstrative to assist jury. No objection to Third Cir. Jury Inst. 4.06. | Overruled; Demonstratives are permissible to "clarify and simplify complex testimony or other information and evidence or to assist counsel in the presentation of argument to the court or jury." *United States v. Bray*, 139 F.3d 1104, 1111 (6th Cir. 1998). And the underlying video is admissible. |

| | | | | However, the transcript will not be sent back to the jury with the trial exhibits. |
|---|---|---|---|---|
| G-360 | Meta Information (status_ updates_ 751281833114660 - data and still) | Authenticity. Hearsay. FRE 401-403, 404(b). | Authen. - FRE 803(6)/902(11) (See Doc. 112 at 69-73). Hearsay – FRE 801(d)(2) (also, no audio in this exhibit) <br><br>FRE 401-404(b): See Doc. 112 at 26-37. | Overruled; for the reasons stated in the Court's ruling on G-343. |
| G-361 | Meta Report (status_ updates_ 751281833114660 - upload data) | Authenticity. Hearsay. FRE 401-403, 404(b). | See G-360 | Overruled; statements are admissible under Rule 801(d)(2). <br><br>As to Mr. Addison's authenticity objection, while social media posts are not self-authenticating business records, the government may authenticate records from social media by showing "sufficient extrinsic evidence" to authenticate them. *United States v. Browne*, 834 F.3d 403, 409-12 (3d Cir. 2016).  Images and videos from social media accounts can be properly |

| | | | | authenticated if the details of the account match the defendant and the images or videos are accurate representations of the scene depicted. *Id.*; *United States v. Farrad*, 895 F.3d 859, 877-78 (6th Cir. 2018). Here, the government has met its burden of authentication by proffering evidence that Mr. Addison controlled the social media accounts at issue. |
| G-362 | Video of Addison Showing off Stacks of Cash (status_ updates_ 751281833114660) | Authenticity. Hearsay. FRE 401-403, 404(b). | See G-360 | Overruled; for the reasons stated in the Court's ruling on G-343. As to Mr. Addison's hearsay objection, there appears to be no audio to this exhibit. |
| G-363 | Still from Video of Addison Holding Cash (status_ updates_ 751281833114660 - still image) | Authenticity. Hearsay. FRE 401-403, 404(b). | See G-360 | Overruled; for the reasons stated in the Court's ruling on G-343. |
| G-364 | Meta Information (status_ updates_ 878267133437989 - data and still) | Authenticity. Hearsay. FRE 401-403, 404(b). | Authen/Hearsay: FRE 803(6)/902(11) (See Doc. 112 at 69-73). FRE 401-404(b): See Doc. 112 at 26-37. | Overruled; for the reasons stated in the Court's ruling on G-343. As to Mr. Addison's hearsay objection, statement is admissible under Rule 801(d)(2). |

| G-365 | Meta Upload Report (status_ updates_ 878267133437989 - upload data) | Authenticity. Hearsay. FRE 401-403, 404(b). | See G-364 | Sustained; these statements do not appear to be relevant to Mr. Addison's charges even though they are posted on his social media account. |
|---|---|---|---|---|
| G-366 | Video Fanning out Cash (status_ updates_ 878267133437989) | Authenticity. FRE 401-403, 404(b). Depicts somebody but can't tell if it's Addison. | See G-364 <br><br> Also: Individual looks consistent with Addison, Exs. G-364 and 365; posted by user of Addison's account (see also Doc. 112 at 72). | Overruled; for the reasons stated in the Court's ruling on G-343. As to Mr. Addison's hearsay objection, this video does not appear to have audio. |
| G-367 | Meta Information (videos_ 910171346730909 - data and still) | Authenticity. Hearsay. FRE 401-403, 404(b). | Authen/Hearsay: FRE 803(6)/902(11) (See Doc. 112 at 69-73); FRE 801(d)(2). <br><br> FRE 401-404: See Doc. 112 at 26-37. | Overruled; for the reasons stated in the Court's ruling on G-366. |
| G-368 | Meta Report (videos_ 910171346730909 - upload data) | Authenticity. Hearsay. FRE 401-403, 404(b). | See G-367 | Sustained; evidence related to the "no mystery" rap videos is inadmissible for the reasons stated in the Court's ruling in its order on the parties' motions *in limine.* ECF 150. |
| G-369 | Video Singing and Smoking in Recording Studio (videos_ 910171346730909 - | Authenticity. Hearsay. FRE 401-403, 404(b). | See G-367. | Sustained; for the reasons stated in the Court's ruling on G-368. |

| | CLIP) | | | |
|---|---|---|---|---|
| G-370 | Transcript of Video Singing and Smoking in Recoding Studio (videos_ 910171346730909 - transcript - CLIP) | Transcript unreliable. Authenticity. Hearsay. FRE 401-403, 404(b). | See G-367.<br><br>Not seeking admission of transcript as substantive evidence; demonstrative to assist jury. No objection to Third Cir. Jury Inst. 4.06. | Sustained; for the reasons stated in the Court's ruling on G-368. |

**Instagram – Selected Pictures**

| Exhibit No. | Exhibit Description | Defense Objection | Government Response | Court Ruling |
|---|---|---|---|---|
| G-371 | Meta Upload Report - Nighttime Rap Shoot Pictures | Authenticity. Hearsay. FRE 401-403, 404(b). | Authen/Hearsay: FRE 803(6)/902(11) (See Doc. 112 at 69-73).<br><br>FRE 401-404(b): See Doc. 112 at 39-42.[3] | Overruled; as to the cash, the probative value of this exhibit is not substantially outweighed by the danger of unfair prejudice because this exhibit (as well as the other videos and images that show Mr. Addison holding large amounts of cash) are relevant to his drug trafficking. |

[3] The government redacted images from this exhibit that it is not seeking to admit. This exhibit is an excerpt of the original records, and page 1 of this exhibit provides the upload data for all of the images. Therefore, the only way to admit the upload data with the images is to admit the entire series, with the images redacted that the government is not seeking to admit.

| | | | | "[P]ossession of large amounts of cash with evidence of narcotics trafficking is generally relevant and admissible." *United States v. Cooley*, 131 F. App'x 881, 883 (3d Cir. 2005). And this type of evidence is routinely admitted. *United States v. Chandler*, 326 F.3d 210, 215 (3d Cir. 2003). This evidence is also admissible under Rule 404(b) for the reasons stated in the Court's ruling in its order on the parties' motions *in limine*. ECF 150.

As to the firearms, under a Rule 404(b) analysis, the first part of the test is satisfied because the government plans to introduce the |

| | | | | evidence for the non-propensity purpose of showing knowledge and intent. *United States v. Jackson*, 619 F. App'x 189, 193 (3d Cir. 2015). The second part of the test is satisfied because the evidence is relevant to establishing Mr. Addison's knowledge of the Glock switch and that it enables a firearm to fire fully automatically. As to unfair prejudice under Rule 403, the Court finds that the probative value is not substantially outweighed by the unfair prejudice because the evidence is highly probative and any risk of unfair prejudice is minimal. Additionally, "in cases where a defendant is |
|---|---|---|---|---|

| | | | | charged with unlawful possession of something, evidence that he possessed the same or similar things at other times is often quite relevant to his knowledge and intent with regard to the crime charged." *United States v. Cassell*, 292 F.3d 788, 793 (D.C. Cir. 2002) (upholding district court's admission of prior firearm possession); *United States v. Williams*, No. 07-5, 2008 WL 4921225, at *2 (W.D. Pa. Nov. 14, 2008) (Gibson, J.) (finding photographs of defendant holding firearms admissible to show knowledge). As to authentication, while social media posts are |

| | | | | not self-authenticating business records, the government may authenticate records from social media by showing "sufficient extrinsic evidence" to authenticate them. *United States v. Browne*, 834 F.3d 403, 409-12 (3d Cir. 2016). Images and videos from social media accounts can be properly authenticated if the details of the account match the defendant and the images or videos are accurate representations of the scene depicted. *Id.*; *United States v. Farrad*, 895 F.3d 859, 877-78 (6th Cir. 2018). Here, the government has met its burden of authentication by proffering |

| | | | | evidence that Mr. Addison controlled the social media accounts at issue.<br><br>As to Mr. Addison's hearsay objection, the statements not offered for the truth of the matter and the photographs are not hearsay. |
|---|---|---|---|---|
| G-372 | Group Standing Around Cash and Firearms - 1 (unified_ message_ 175963988643417) | Authenticity. FRE 401-403, 404(b). | See G-371; see also Doc. 112 at 37-39. | Overruled; for the reasons stated in the Court's ruling on G-371. |
| G-373 | Group Standing Around Cash and Firearms - 2 (unified_ message_ 5832040510258060) | Authenticity. FRE 401-403, 404(b). | See G-371 and G-372. | Overruled; for the reasons stated in the Court's ruling on G-371. |
| G-374 | Group Standing Around Cash and Firearms - 3 (unified_ message_ 6043738305714149) | Authenticity. FRE 401-403, 404(b). | See G-371 and G-372. | Overruled; for the reasons stated in the Court's ruling on G-371. |
| G-375 | Group Standing Around Cash and Firearms - 4 (unified_ message_ 6382298148499642) | Authenticity. FRE 401-403, 404(b). | See G-371 and G-372. | Overruled; for the reasons stated in the Court's ruling on G-371. |
| G-376 | Meta Upload Report - Daytime Rap Shoot | Authenticity. Hearsay. FRE 401-403, 404(b). | Authen/Hearsay: FRE 803(6)/902(11) (See Doc. 112 at | Overruled; for the reasons stated in the Court's ruling on |

| | | | 69-73).<br><br>FRE 401-404(b):<br>See Doc. 112 at 37-42) | G-371. |
|---|---|---|---|---|
| G-377 | Group Standing Holding Cash - 1 (unified_ message_ 155379184143120) | Authenticity. FRE 401-403, 404(b). | See G-376 | Overruled; for the reasons stated in the Court's ruling on G-371. |
| G-378 | Group Standing Holding Cash - 2 (unified_ message_ 1778603005868085) | Authenticity. FRE 401-403, 404(b). | See G-376 | Overruled; for the reasons stated in the Court's ruling on G-371. |
| G-379 | Group Standing Holding Cash - 3 (unified_ message_ 184564387726720) | Authenticity. FRE 401-403, 404(b). | See G-376 | Overruled; for the reasons stated in the Court's ruling on G-371. |
| G-380 | Group Standing Holding Cash - 4 (unified_ message_ 196790629777374) | Authenticity. FRE 401-403, 404(b). | See G-376 | Overruled; for the reasons stated in the Court's ruling on G-371. |
| G-381 | Meta Upload Report (archived_ stories_ 18061505788365870 - upload data) | Authenticity. FRE 401-403, 404(b). | Authen/Hearsay: FRE 803(6)/902(11) (See Doc. 112 at 69-73).<br><br>FRE 401-404(b): See Doc. 112 at 37-39 | Overruled; for the reasons stated in the Court's ruling on G-371. |
| G-382 | Stacks of Cash with "Light Day" Caption (archived_ stories_ 18061505788365870) | Authenticity. FRE 401-403, 404(b). | See G-381. | Overruled; for the reasons stated in the Court's ruling on G-371. |
| G-383 | Meta Upload Report (media_ | Authenticity. Hearsay. FRE | Authen/Hearsay: FRE | Overruled; for the reasons |

| | | | | |
|---|---|---|---|---|
| | 3078779550499022094 - upload data) | 401-403, 404(b). | 803(6)/902(11) (See Doc. 112 at 69-73).  Will redact comments of other Facebook users.

FRE 401-404(b): See Doc. 112 at 37-39 | stated in the Court's ruling on G-371.  As to Mr. Addison's hearsay objection, the Court agrees that the government should redact the comments of the other social media users. |
| G-384 | Addison Leaning Against Brick Wall with Cash (media_ 3078779550499022094) | Authenticity. FRE 401-403, 404(b). | Authen/Hearsay: FRE 803(6)/902(11) (See Doc. 112 at 69-73).

FRE 401-404(b): See Doc. 112 at 37-39 | Overruled; for the reasons stated in the Court's ruling on G-371. |
| G-385 | Meta Upload Report (media_ 3085878985284471246 - upload data) | Authenticity. Hearsay.  FRE 401-403, 404(b). | Authen/Hearsay: FRE 803(6)/902(11) (See Doc. 112 at 69-73).  Will redact comments of other Facebook users.

FRE 401-404(b): See Doc. 112 at 37-42 | Overruled; for the reasons stated in the Court's ruling on G-371.  As to Mr. Addison's hearsay objection, the Court agrees that the government should redact the comments of the other social media users. |
| G-386 | Addison Outside Holding Cash (media_ 3085878985284471246) | Authenticity. FRE 401-403, 404(b). | See G-385. | Overruled; for the reasons stated in the Court's ruling on G-371. |

| G-387 | Meta Upload Report (unified_ message_ 1177999819539990 - upload data) | Authenticity. Hearsay. FRE 401-403, 404(b). | Authen/Hearsay: FRE 803(6)/902(11) (See Doc. 112 at 69-73). Will redact comments of other Facebook users.<br><br>FRE 401-404(b): See Doc. 112 at 37-42 | Sustained; this image appears to be a still from a rap video. Stills from the rap videos are inadmissible for the reasons stated in the Court's ruling in its order on the parties' motions *in limine*. ECF 150. |
| G-388 | Group Holding Firearms and Cash (unified_ message_ 1177999819539990) | Authenticity. FRE 401-403, 404(b). | See G-387. | Sustained; this image appears to be a still from a rap video. Stills from the rap videos are inadmissible for the reasons stated in the Court's ruling in its order on the parties' motions *in limine*. ECF 150. |

**Instagram – Selected Pictures**

| Exhibit No. | Exhibit Description | Defense Objection | Government Response | Court Ruling |
|---|---|---|---|---|
| G-389 | Meta Information (archived_ stories_ 17956432670464620 - data and still) | Authenticity. Hearsay. FRE 401-403, 404(b). | Authen/Hearsay: FRE 803(6)/902(11) (See Doc. 112 at 69-73).<br><br>FRE 401-404(b): See Doc. 112 at 37-39. | Overruled; the probative value of this exhibit is not substantially outweighed by the danger of unfair prejudice because this |

| | | | | exhibit (as well as the other videos and images that show Mr. Addison holding large amounts of cash) are relevant to his drug trafficking. "[P]ossession of large amounts of cash with evidence of narcotics trafficking is generally relevant and admissible." *United States v. Cooley*, 131 F. App'x 881, 883 (3d Cir. 2005). And this type of evidence is routinely admitted. *United States v. Chandler*, 326 F.3d 210, 215 (3d Cir. 2003). This evidence is also admissible under Rule 404(b) for the reasons stated in the Court's ruling in its order on the parties' motions *in limine*. ECF 150. |

| | | | | As to Mr. Addison's hearsay objection, the Court can discern no basis for this objection.

As to Mr. Addison's authenticity objection, while social media posts are not self-authenticating business records, the government may authenticate records from social media by showing "sufficient extrinsic evidence" to authenticate them. *United States v. Browne*, 834 F.3d 403, 409-12 (3d Cir. 2016). Images and videos from social media accounts can be properly authenticated if the details of |

| | | | | the account match the defendant and the images or videos are accurate representations of the scene depicted. *Id.*; *United States v. Farrad*, 895 F.3d 859, 877-78 (6th Cir. 2018). Here, the government has met its burden of authentication by proffering evidence that Mr. Addison controlled the social media accounts at issue. |
|---|---|---|---|---|
| G-390 | Meta Upload Report (archived_ stories_ 17956432670464620 - upload data) | Authenticity. Hearsay.  FRE 401-403, 404(b). | See G-389 | Overruled; this exhibit appears to be data pertaining to the images and videos from Mr. Addison's social media.  It is relevant to showing the images and videos came from his account and it is not an "other act" so not subject to Rule |

| | | | | |
|---|---|---|---|---|
| | | | | 404(b). This is a self-authenticating business record under Rule 902(11). |
| G-391 | Video of Addison in Kitchen Dancing with Cash (archived_ stories_ 17956432670464620 - MUTED) | Authenticity. FRE 401-403, 404(b). | See G-389 | Overruled; the probative value of this exhibit is not substantially outweighed by the danger of unfair prejudice because this exhibit (as well as the other videos and images that show Mr. Addison holding large amounts of cash) are relevant to his drug trafficking. "[P]ossession of large amounts of cash with evidence of narcotics trafficking is generally relevant and admissible." *United States v. Cooley*, 131 F. App'x 881, 883 (3d Cir. 2005). And this type of evidence is routinely admitted. |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | *United States v. Chandler*, 326 F.3d 210, 215 (3d Cir. 2003). This evidence is also admissible under Rule 404(b) for the reasons stated in the Court's ruling in its order on the parties' motions *in limine*. ECF 150.<br><br>As to Mr. Addison's hearsay objection, this video does not appear to have audio.<br><br>As to authentication, the government may authenticate records from social media by showing "sufficient extrinsic evidence" to authenticate them. *United States v. Browne*, 834 F.3d 403, 409-12 (3d Cir. 2016). Images |

| | | | | |
|---|---|---|---|---|
| | | | | and videos from social media accounts can be properly authenticated if the details of the account match the defendant and the images or videos are accurate representations of the scene depicted. *Id.*; *United States v. Farrad*, 895 F.3d 859, 877-78 (6th Cir. 2018). Here, the government has met its burden of authentication by proffering evidence that Mr. Addison controlled the social media accounts at issue. |
| G-392 | Meta Report (archived_ stories_ 18055335646409395 - upload data) | Authenticity. FRE 401-403, 404(b). | Authen/Hearsay: FRE 803(6)/902(11) (See Doc. 112 at 69-73). FRE 401-403, 404(b): Shows D in possession of drum magazine with apple | This exhibit appears to be data pertaining to the images and videos from Mr. Addison's social media. It is relevant to showing the images and videos came |

| | | | stickers; See Doc. 112 at 40-41; 37-39. | from his account and it is not an "other act" so not subject to Rule 404(b).  This is a self-authenticating business record under Rule 902(11). |
|---|---|---|---|---|
| G-393 | Music Video (archived_ stories_ 18055335646409395 - MUTED) | Authenticity. Hearsay.  FRE 401-403, 404(b). | See G-392. | Sustained; this appears to be a video of Mr. Addison and his friends rapping. There appears to be no audio and the Court finds that it has minimal probative value. |
| G-394 | Transcript of Music Video (archived_ stories_ 18055335646409395_ transcript) | Transcript unreliable. Authenticity. Hearsay.  FRE 401-403, 404(b). | Government not seeking admission; only presenting video without audio | Sustained because the underlying video is not admissible. |
| G-395 | Meta Information (archived_ stories_ 18354446335035631 - data and still) | Authenticity. Hearsay.  FRE 401-403, 404(b). | Government not seeking admission of this. | Sustained. |
| G-396 | Meta Upload Report (archived_ stories_ 18354446335035631 - upload data) | Authenticity. Hearsay.  FRE 401-403, 404(b). | Government not seeking admission of this. | Sustained. |
| G-397 | Video of Addison in Car (archived_ stories_ 18354446335035631 - | Authenticity. Hearsay.  FRE 401-403, 404(b). | Government not seeking admission of this. | Sustained. |

| | MUTED) | | | |
|---|---|---|---|---|
| G-398 | Meta Information (videos_ 3088874681369475006 - data and still) | Authenticity. Hearsay. FRE 401-403, 404(b). | Authen/Hearsay: FRE 803(6)/902(11) (See Doc. 112 at 69-73).<br><br>FRE 401 to 404(b): See Doc. 112 at 37-39. | Overruled; the probative value of this exhibit is not substantially outweighed by the danger of unfair prejudice because this exhibit (as well as the other videos and images that show Mr. Addison holding large amounts of cash) are relevant to his drug trafficking. "[P]ossession of large amounts of cash with evidence of narcotics trafficking is generally relevant and admissible." *United States v. Cooley*, 131 F. App'x 881, 883 (3d Cir. 2005). And this type of evidence is routinely admitted. *United States v. Chandler*, 326 F.3d 210, 215 (3d Cir. 2003). This evidence is |

| | | | | also admissible under Rule 404(b) for the reasons stated in the Court's ruling in its order on the parties' motions *in limine*. ECF 150.<br><br>As to Mr. Addison's hearsay objection, it does not appear that the statement "ur weird ash" is being offered for the truth of the matter asserted (i.e., that ash is weird).<br><br>As to Mr. Addison's authenticity objection, while social media posts are not self-authenticating business records, the government may authenticate records from social media by showing "sufficient |

| | | | | |
|---|---|---|---|---|
| | | | | extrinsic evidence" to authenticate them. *United States v. Browne*, 834 F.3d 403, 409-12 (3d Cir. 2016). Images and videos from social media accounts can be properly authenticated if the details of the account match the defendant and the images or videos are accurate representations of the scene depicted. *Id.*; *United States v. Farrad*, 895 F.3d 859, 877-78 (6th Cir. 2018). Here, the government has met its burden of authentication by proffering evidence that Mr. Addison controlled the social media accounts at issue. |
| G-399 | Meta Report (videos_ 3088874681369475006 | Authenticity. Hearsay. FRE | See G-398 | Overruled. As to Mr. Addison's |

| | - upload data) | 401-403,<br>404(b). | | hearsay objection, it does not appear that the statement "ur weird ash" is being offered for the truth of the matter asserted As to Mr. Addison's authenticity objection, while social media posts are not self-authenticating business records, the government may authenticate records from social media by showing "sufficient extrinsic evidence" to authenticate them. *United States v. Browne*, 834 F.3d 403, 409-12 (3d Cir. 2016). Images and videos from social media accounts can be properly authenticated if the details of the account |

| | | | | |
|---|---|---|---|---|
| | | | | match the defendant and the images or videos are accurate representations of the scene depicted. *Id.*; *United States v. Farrad*, 895 F.3d 859, 877-78 (6th Cir. 2018).  Here, the government has met its burden of authentication by proffering evidence that Mr. Addison controlled the social media accounts at issue. |
| G-400 | Video of Addison Smoking in Car with Cash (videos_ 3088874681369475006) | Authenticity. Hearsay.  FRE 401-403, 404(b). | See G-398 | It is somewhat unclear all of the purposes for which this video and the subsequent stills are being introduced. Additionally, in the video, Mr. Addison discusses being in jail, which strikes the Court as unduly prejudicial.

The parties |

| | | | | should be prepared to discuss G-400-407 at the final pre-trial conference. |
|---|---|---|---|---|
| G-401 | Transcript of Video of Addison Smoking in Car with Cash (videos_ 3088874681369475006_ transcript) | Transcript unreliable. Authenticity. Hearsay.  FRE 401-403, 404(b). | See G-398.  Not seeking admission of transcript as substantive evidence; demonstrative to assist jury.  No objection to Third Cir. Jury Inst. 4.06. | See G-400 above. |
| G-402 | Still 1 from Video (videos_ 3088874681369475006) | Authenticity. FRE 401-403, 404(b). | See G-398. | See G-400 above |
| G-403 | Still 2 from Video (videos_ 3088874681369475006) | Authenticity. FRE 401-403, 404(b). | See G-398. | See G-400 above |
| G-404 | Still 3 from Video (videos_ 3088874681369475006) | Authenticity. FRE 401-403, 404(b). | See G-398. | See G-400 above |
| G-405 | Still 4 from Video (videos_ 3088874681369475006) | Authenticity. FRE 401-403, 404(b). | See G-398. | See G-400 above |
| G-406 | Still 5 from Video (videos_ 3088874681369475006) | Authenticity. FRE 401-403, 404(b). | See G-398. | See G-400 above |
| G-407 | Still 6 from Video (videos_ 3088874681369475006) | Authenticity. FRE 401-403, 404(b). | See G-398. | See G-400 above |
| G-408 | Meta Information (videos_ 3095381668139103988 | Authenticity. Hearsay.  FRE 401-403, | Authen/Hearsay: FRE 803(6)/902(11) | Sustained; evidence related to the "no |

| | | 404(b). | (See Doc. 112 at 69-73).<br><br>FRE 401-404(b): Doc. 112 at 26-37. | mystery" rap videos is inadmissible for the reasons stated in the Court's ruling in its order on the parties' motions *in limine*. ECF 150. |
|---|---|---|---|---|
| G-409 | Meta Upload Report (videos_ 3095381668139103988 - upload data) | Authenticity. Hearsay. FRE 401-403, 404(b). | See G-408 | Sustained; evidence related to the "no mystery" rap videos is inadmissible for the reasons stated in the Court's ruling in its order on the parties' motions *in limine*. ECF 150. |
| G-410 | Video of Addison Rapping (videos_ 3095381668139103988 - CLIP) | Authenticity. Hearsay. FRE 401-403, 404(b). | See G-408 | Sustained; evidence related to the "no mystery" rap videos is inadmissible for the reasons stated in the Court's ruling in its order on the parties' motions *in limine*. ECF 150. |
| G-411 | Transcript of Video of Addison Rapping (videos_ 3095381668139103988_ | Transcript unreliable. Authenticity. Hearsay. FRE | See G-408.<br><br>Not seeking admission of | Sustained; evidence related to the "no mystery" rap |

| | transcript - CLIP) | 401-403, 404(b). | transcript as substantive evidence; demonstrative to assist jury. No objection to Third Cir. Jury Inst. 4.06. | videos is inadmissible for the reasons stated in the Court's ruling in its order on the parties' motions *in limine*. ECF 150. |
|---|---|---|---|---|

**Miscellaneous Exhibits**

| Exhibit No. | Exhibit Description | Defense Objection | Government Response | Court Ruling |
|---|---|---|---|---|
| G-412 | Certified Copy of Conviction | Defendant will ask Court to reconsider admissibility of conviction and exclude. | Admissible for reasons set forth in Government's prior pleadings and Court's opinion. | Overruled; Mr. Addison's prior conviction is admissible pursuant to the Court's analysis in its omnibus order on Mr. Addison's pretrial motions. ECF 89, pp. 14-15. |
| G-413 | Expert Report - Machine Gun | Hearsay. | Agreed, Marked for ident. to refresh under FRE 612 | Overruled; because the government has indicated that it will not seek to admit this exhibit, the exhibit may only be used to refresh recollection and for impeachment, but may not otherwise be admitted into evidence. |
| G-413A | Images excerpted from G-413 | None | Admissible as demonstrative to aid witness' testimony. | Overruled; demonstratives are permissible to "clarify and simplify complex testimony or other |

| | | | | |
|---|---|---|---|---|
| | | | | information and evidence or to assist counsel in the presentation of argument to the court or jury." *United States v. Bray*, 139 F.3d 1104, 1111 (6th Cir. 1998). However, it will not be sent back to the jury with the trial exhibits. |
| G-414 | PA Dept. of Labor & Industry Employment Query | Fed. R. Evid. 401-403, 404(b). | See Doc. 112 at 37-39. | Overruled for the reasons stated in the Court's ruling in its order on the parties' motions *in limine*. ECF 150. |
| G-415 | Cell Phone Video – Still – Rear (April 14 – Edgewood) | None | | |
| G-416 | Bus 448 Video (April 14 – Edgewood) | Hearsay. FRE 401-403, 404(b). | Hearsay: Present Sense Impression and Excited Utterance. FRE 803(1) and (2).<br><br>FRE 401-404(b): See Doc. 112 at 66-68. | Sustained; evidence related to the school bus is inadmissible pursuant to the Court's ruling in its order on the parties' motions *in limine*. ECF 150. |

**********************

DATE: February 3, 2025                    BY THE COURT:

/s/ *J. Nicholas Ranjan*
United States District Judge